# EXHIBIT I


Tomorrow's Doctors, Tomorrow's Cures®

# AAMC Statement on the Physician Workforce

June 2006

Association of
American Medical Colleges

AAMC-0631

## Background

An appropriate supply of well-educated and trained physicians is an essential element to assure access to quality health care services for all Americans. The 2006 AAMC Position Statement on the Physician Workforce updates and revises prior statements. These positions are intended to better assure an appropriate supply of physicians while increasing medical education opportunities for Americans.

In the 1980s and 1990s, workforce analysts and public policymakers, with few exceptions, predicted the United States would experience a substantial excess of physicians by the beginning of the 21st century. In light of these studies, the AAMC and other national organizations recommended steps to reduce physician supply in order to obviate the predicted surplus. Over the past two decades, enrollment at allopathic medical schools has been essentially flat.

It is now evident that those predictions were in error, in part because of the assumption that managed care would drastically change the way that healthcare is organized, and delivered. The year 2000 has come and gone, and there is no convincing evidence that the current supply of physicians exceeds the demand for physicians' services. Mounting analytical work, as well as anecdotal evidence, suggests that current trends will culminate in a shortage of physicians within the next few decades, absent fundamental changes in the demand and need for healthcare and/or in the way healthcare is provided. Indeed, there have been a growing number of specialty and state specific studies concluding that shortages exist or will soon exist in particular specialties or states.

The AAMC believes that sufficient evidence is at hand to recommend that entry level positions in both U.S. medical schools and GME programs should be increased over the coming decade. This conclusion is bolstered by the realization that a shortage of physicians would undeniably make access to care more problematic for all citizens. Such shortages would increase the delays individuals encounter in scheduling appointments and the distances they will need to travel for various types of healthcare services. Shortages would be especially problematic for the disadvantaged who already encounter substantial barriers to healthcare services. It is further recognized that, given the extended time required to increase U.S. medical school capacity, and to educate and train additional physicians, the nation must begin to increase medical school and GME capacity now to meet the needs of the nation in 2015 and beyond.

A variety of factors affect the reliability and future validity of projections of future workforce needs. First and foremost among these variables are the structure and dynamics of the overall healthcare delivery system. A legitimate concern is whether the recommended increase in medical school and GME capacity will be required if there is a fundamental change in the way health care is delivered. While this is certainly possible, the Association has concluded that the recommended increases are necessary because the best information currently available clearly projects a shortfall for meeting the basic physician workforce needs in the current system. If the system were to change dramatically enough to modify this projection it is anticipated that adjustments in total entrants to the workforce could be undertaken either through reductions in the number of Foreign Medical Graduates (FMGs) that enter the United States for graduate training and/or deferral of planned expansion at U.S. schools.

Beyond the delivery system, the Association recognizes that there is an ongoing need to better understand the other forces that affect the supply of and requirement for physicians. A vigorous effort

© 2006 AAMC. Copies may be made for educational, noncommercial use only.

AAMC-0632



should be undertaken to identify relevant trends and forces that impact the likelihood of either an excess or shortage of physicians in the future and to monitor these trends on a regular basis. This effort will require creative research initiatives to determine, among other factors, how people use physicians' services over time, the impact of changes in the composition of the physician workforce, and how physician productivity changes over the course of a career. Future studies also should focus, more than studies have historically, on the influence of market forces, of economic incentives and disincentives, of the increasing use of information technology, the role of non-physician providers and local variations in the impact of these and other variables. To assist in clarifying these important issues, the association has recently established the AAMC Center for Workforce Studies.

## Physician Workforce Principles

1. The AAMC is committed to promoting an adequate supply of well-educated physicians sufficient in number to meet likely future needs of the United States.

2. The AAMC recognizes that the nation's physician workforce comprises physicians educated at allopathic schools, osteopathic schools and schools outside the U.S. and that these schools will continue to contribute importantly to meeting the health care needs of the United States.

3. The AAMC believes that schools accredited by the Liaison Committee on Medical Education (LCME) and graduate medical education programs accredited by the Accreditation Council for Graduate Medical Education (ACGME) provide the best structure and process to assure that physicians receive a comprehensive medical education. Allopathic medical schools and their affiliated teaching hospitals function as critical sources of research, new medical knowledge, and cutting-edge clinical care, and as a vital part of the nation's medical safety net. Together, these functions provide an optimal environment for medical education.

4. The AAMC believes that the vast majority of licensed physicians in the U.S. should be educated and trained in allopathic schools and graduate programs and that these programs deserve strong public support.

5. The AAMC supports efforts to improve medical education and health care throughout the world and therefore continues to support the provision of training opportunities for individuals from all nations. It supports worldwide efforts to minimize the dependency of the United States and other countries on health care providers from less developed nations.

## Workforce Recommendations

**1. Enrollment in LCME-accredited medical schools should be increased by 30% from the 2002 level over the next decade[1]. This expansion should be accomplished by increased enrollment in existing schools as well as by establishing new medical schools.**

---

[1] In 2002 there were 16,488 new matriculants in allopathic medical schools. A 30% increase is equal to an additional 4,946 matriculants per year. This would require 21,434 new matriculants in 2015.

© 2006 AAMC. Copies may be made for educational, noncommercial use only.

2

The United States medical education community has spent decades developing standards and methods to help assure that schools meet appropriate minimum standards and that physicians that graduate from these schools have the skills and knowledge necessary to provide high quality care. The nation is better served when a greater, not lesser, proportion of future physicians are held to these standards. Moreover,

> There are large numbers of Americans who aspire to attend U.S. medical schools but have been unable to gain admission due in part to limited capacity. Many are so committed that they are willing to pay high tuitions at schools with varying standards and leave the U.S. for several years to reach their goal;

> There is growing international concern that English-speaking countries may be draining valuable human resources from less-developed countries.[2] Increasing U.S. medical school graduates will reduce the "pull" of physicians from less developed countries without creating barriers for individual migration.

Achieving the desired growth in allopathic graduates will require an increase in enrollment at most existing medical schools as well as new medical schools. Increases in enrollment are particularly appropriate in areas of the country where the population has grown rapidly over the past 25 years and areas where the population is projected to grow rapidly in future years. In addition, states with low medical school enrollment per capita, with numerous underserved areas and states with large and growing elderly populations may also be appropriate areas for medical school enrollment growth.

The Association recognizes that the education of future physicians is protracted and complex. The costs incurred are offset by a wide array of funding sources, including students and their families, school-specific funds, government, and philanthropy. Medical school expansion will require stable short and long term funding, and assistance may be required from state governments and appropriate federal agencies.

**2. The aggregate number of graduate medical education (GME) positions should be expanded to accommodate the additional graduates from accredited medical schools.**

U.S. medical schools face many challenges in increasing the number of medical school graduates. A primary goal of this expansion is to increase the supply of physicians available in order to assure access to services in the future. Since all physicians must complete accredited graduate training to become licensed in the U.S., the number of GME positions must also be increased for an expansion in U.S. medical school graduates to lead to an increase in physicians available to care for Americans.

For graduate medical education, in addition to stabilizing the current support mechanisms, the current Medicare restriction on the number of funded residency positions must be eliminated so that sponsors of graduate medical education can respond to changes in medical school enrollment and other physician workforce market dynamics. The AAMC should continue its efforts to educate the public and policy makers about the impending physician shortage and the importance of eliminating the Medicare restrictions on the number of residents that will be supported to ameliorate these shortages.

---

[2] See for example: Mullan F. The Metrics of the Physician Brain Drain. NEJM 2005 353: 1810-1818.
World Health Organization: The world health report 2006 - working together for health. Geneva: WHO; 2006.

© 2006 AAMC. Copies may be made for educational, noncommercial use only.



**3. The AAMC should assist medical schools with expanding enrollment in a cost effective manner; assuring appropriate medical education for traditional and non-traditional students; and increasing the number and preparedness of applicants.**

While there are barriers to increasing medical school enrollment that need to be addressed by individual schools, there are a number of activities that AAMC can undertake to assist its members. These include the following:

AAMC should identify, evaluate and pursue strategies that:

> ➤ Provide efficient and effective medical education that promote medical education innovations and that evaluate alternative approaches to expanding capacity; and
> ➤ Improve and increase the pool of U.S. medical school applicants, including marketing medicine as a career and expanding outreach to qualified students who currently do not apply.

AAMC should identify best practices and disseminate information on these practices to member institutions.

**4. The AAMC should continue to advocate for and promote efforts to increase enrollment and graduation of racial and ethnic minorities from medical school; and promote the education and training of leaders in medical education and health care from racial and ethnic minorities.**

Studies have repeatedly shown that medical students from racial and ethnic minority groups are more likely to practice in under-served communities and to care for a disproportionate number of disadvantaged patients. This information, coupled with other compelling arguments, underlies the AAMC's strong advocacy for greater diversity in medical education. The implementation of lawful, race- and ethnicity-conscious decision making in medical school admissions and in faculty recruitment and retention is essential to meet society's need for a physician workforce capable of caring optimally for our increasingly diverse population.

**5. The AAMC should examine options for development of: (1) a formal, voluntary process for assessing medical schools outside the U.S.; and (2) a mechanism for overseeing the clinical training experiences in the U.S. of medical students enrolled in foreign medical education programs.**

Several factors are stimulating increasing concern about the quality of foreign medical schools that send significant numbers of their graduates to the U.S. for post-graduate training and/or medical practice. At least 20 medical schools, many of which are proprietary, have been established primarily to educate U.S. citizens in countries that lack an accreditation process comparable to that of the LCME and that have little or no capacity to provide oversight of medical education. In addition, such schools often send third- and fourth-year medical students to hospitals or other clinical settings in the US for their required clinical training, and advertise such outside clerkships in their recruitment materials. While there are no data on the number in clinical clerkships in the United States, about 2,400 United States FMGs applied each of the last two years for Educational Commission for Foreign Medical Graduates (ECFMG)

© 2006 AAMC. Copies may be made for educational, noncommercial use only.    4

certification; thus, there may be as many as 5,000 students from foreign schools in clerkships each year. Such clerkship arrangements are negotiated entirely between the administrative authorities of an individual hospital or clinical site in the U.S. and the offshore school and typically include payment to the clinical site on a capitation basis. Anecdotally, a few such arrangements are beginning to compete with LCME-accredited programs in the U.S. for clinical training sites. Only a handful of states regulate these clerkships in any way.

The scope of accreditation of the LCME is and has been limited to medical education programs leading to the MD degree that are legally authorized in and conducted in the United States or Canada. Extension of the process of LCME accreditation to foreign schools poses a number of concerns including: (1) applicability of some LCME accreditation standards to programs in other cultures and health care delivery systems; (2) uncertainty about legal protections in foreign jurisdictions should the LCME deny or withdraw accreditation to a foreign program; (3) development of a financing process for assessment of foreign programs that would insulate the LCME's sponsoring organizations from unbudgeted costs; (4) identification of a suitable pool of qualified surveyors, especially with respect to language and culture issues, without undermining the surveyor pool for the LCME-accredited schools; and (5) impact for other physician credentialing agencies in the U.S. that have already established LCME accreditation as the gateway for eligibility to graduate medical education and licensure.

The AAMC should convene a working group to explore options for formal assessment of quality of medical education programs, including consideration of standards, financing mechanisms, incentives for participation by foreign programs, especially those that educate predominantly U.S. citizens, and impact on graduate medical education, licensure, and AAMC members. Consideration should also be given to mechanisms that could be implemented to monitor and regulate the quality of clinical clerkships provided for medical students from non-accredited medical schools, and the impact of such clerkships on the educational programs of LCME accredited U.S. medical education programs.

**6. AAMC should take a more active role in supporting and assisting associations of medical schools in other countries, especially in less developed parts of the world. AAMC should work with its members to expand collaboration between medical schools and teaching hospitals in the U.S. with those in less developed countries.**

The AAMC and its members have valuable knowledge, skills and resources that would be of great help to the medical education community in less developed countries. Many AAMC members have already begun to work with institutions and organizations outside of the U.S. An expansion of this activity would not only assist less developed countries but would also indicate the commitment of the United States medical education community to improve health worldwide. The AAMC is in a unique position to coordinate and promote efforts among its members.

A program to encourage and support opportunities for U.S. medical students, residents and physicians to spend time in less developed countries could help less developed countries and would be of educational value to US physicians. A bill was introduced in Congress in 2005 to establish a Peace Corps type program for physicians. The AAMC should monitor and potentially support this type of program.

**7. The J-1 visa is the most appropriate visa for non-U.S. citizen graduates of foreign medical schools entering graduate medical education programs in the U.S. and should be encouraged.**

© 2006 AAMC. Copies may be made for educational, noncommercial use only.

The primary purpose of graduate medical education is education. The J-1 program's purpose is educational and its administration by the ECFMG assures that J-1 residents and fellows possess valid educational credentials, have successfully passed Steps 1 and 2 of the USMLE, and that their country of origin needs the knowledge and skills that they will obtain through their education in the U.S. No other immigration program or visa category is as consistent with the aims of U.S. graduate medical education or offers an equal assurance of the quality of entrants.

The H-1 visa (an employment visa) is not appropriate for physicians coming to the U.S. for education and training purposes. At the national level, the AAMC should pursue clarification, and a potential expansion, of the types of visas available for physicians seeking GME in the U.S.

**8. The AAMC should undertake a study of the geographic distribution of physicians and develop recommendations to address mal-distribution in the U.S.**

Increasing the supply of physicians in the United States will not in and of itself address the problems of geographic mal-distribution nor can this problem be solved primarily through medical education interventions. The AAMC should undertake a study to identify strategies to address mal-distribution.

Many rural, urban and racial and ethnic minority populations are likely to remain medically under-served for the foreseeable future, and certainly will be so if a national physician shortage emerges. Given this reality, the AAMC should work with other organizations to determine, utilizing the results of this study and other resources, the best means to address the problem of inadequate access to physician services and the geographic mal-distribution of physicians. Consideration should be given to expanding the opportunities for young physicians to practice in under-served areas and in institutions serving under-served and disadvantaged populations.

**9. National Health Service Corps (NHSC) awards should be increased by at least 1,500 per year to help meet the need for physicians caring for under-served populations and to help address rising medical student indebtedness.**

The NHSC has played an important role in expanding access for under-served populations in rural and inner city communities, and continued expansion of this program is strongly recommended. The NHSC is an existing program with a proven track record of supplying physicians to underserved areas. The growing debt of graduating students is likely to increase the interest and willingness of U.S. medical school graduates to apply for NHSC funding and awards. The adequacy of current award funding levels should be assessed to assure that they are adequate to attract physicians to the NHSC in light of growing student debt.

An increase of 1,500 awards each year would greatly increase funding for medical students and encourage individuals to apply for medical school. Each year, as many as 1,500 waivers are available for physicians with J-1 visas that permit them to waive the requirement that they return to their country of origin in return for serving in an underserved area of the U.S.

© 2006 AAMC. Copies may be made for educational, noncommercial use only.

AAMC-0637

**10. Studies of the relationship between physician preparation (i.e., medical education and residency training) and the quality and outcomes of care should be conducted and supported by public and private funding.**

There is a lack of empirical evidence of the relationship between medical preparation (education and training) and the quality of care. While it is presumed that more comprehensive education and training better prepares a physician to provide high quality of care, there have not been studies to confirm this. It is also possible that certain types or elements of education and training may have a greater impact on some physician activities than other activities. Given the national concern with quality and outcomes, additional resources should be invested in research in this area.

**11. Ongoing and stable funding should be provided to track the physician workforce, including monitoring the supply of, and the demand for, and the contributions made by FMGs.**

These collective efforts must include timely collection and dissemination of workforce information, including how the physician workforce is constituted; where physicians provide care; economic and non-economic factors influencing the decisions of students and practicing physicians about where and how to practice; differences in practice patterns across various regions and local markets; and the role of the large number of foreign medical school graduates entering the U.S. health care system. In addition, further study is needed to identify strategies to retain physicians in the workforce and to enhance the efficiency and effectiveness of physician services.

Foreign medical graduates represent about 1 in 4 physicians actively practicing medicine in the United States and a quarter of all physicians in training in this country. They clearly are an important resource but more information and data are needed to better understand the contributions of FMGs. Tracking and understanding the role of FMGs will help in formulating effective policies related to FMGs as well as access and quality of care.

**12. Individual medical students and physicians should be free to determine for themselves which area of medicine they wish to pursue and GME programs and teaching hospitals should be free to offer training in specialties they wish to offer if accredited by the ACGME. The AAMC should provide students, physicians, programs and hospitals with the best available and timely data on physician workforce needs in order to support informed decisions. The AAMC should support efforts to promote a healthcare delivery and financing system that can better align marketplace demand for physicians with health care needs of the population.**

To facilitate individual choice, medical students and physicians must have up-to-date and comprehensive information, such as information on current and future professional opportunities as they make specific plans about their future career paths. Having such information is not only in the interest of individual students, it is essential in a free society for ensuring the preparation of a physician workforce capable of meeting the needs of the nation.

In addition, residency programs and teaching hospitals also need to have information on the likely future supply and demand for physicians so they can make better decisions regarding the size, scope, and specialty of residency training.

© 2006 AAMC. Copies may be made for educational, noncommercial use only.



The AAMC, through its Center on Workforce Studies is committed to assessing the supply and demand for physicians and to encouraging research to help inform the medical education community, including students, as to likely future physician workforce needs. In addition, the AAMC, individual medical schools, specialty societies, and sponsors of graduate medical education programs should collaborate to provide the most relevant information through mechanisms such as the AAMC's Careers in Medicine program. In addition, medical schools should ensure that students have adequate experiences in, and/or balanced information about, all specialties.

Although the AAMC believes that specialty choice should be left to individual medical students, physicians, and teaching programs, the Association recognizes the shortcomings of the current marketplace and health care system including the continuing shortage of generalist physicians. Therefore, AAMC supports efforts to study the financing and delivery system and to better assure that the incentives and rewards of the financing and delivery system are more consistent with the nation's health needs.

**Approved by the AAMC Executive Council June 15, 2006**

© 2006 AAMC. Copies may be made for educational, noncommercial use only.

8



**EXHIBIT J**

# Issued by the
# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

AMERICAN UNIVERSITY OF
ANTIGUA COLLEGE OF MEDICINE, et al.

**SUBPOENA IN A CIVIL CASE**

V.

ARKANSAS STATE MEDICAL BOARD, et al.

Case Number:[1] **4:09-CV-306 SWW**
**EASTERN DISTRICT OF ARKANSAS**

TO: Custodian of Records
The Medical Board of California
2005 Evergreen Street, Suite 1200
Sacramento, CA 95815 (916) 263-2382

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE SCHEDULE "A" — including electronically stored information
in searchable pdf format.

| PLACE 2005 Evergreen Street, Suite 1200 Sacramento, CA 95815 | DATE AND TIME 9:00 AM, 01/28/2010 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Plaintiff | 1/7/2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
John P. Perkins, III, Shults Law Firm, LLP, 200 West Capitol Avenue,
Suite 1600, Little Rock, AR 72201 (501) 375-2301

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
 DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Federal Rule of Civil Procedure 45 (c), (d), and (e), as amended on December 1, 2007:

**(c) PROTECTING A PERSON SUBJECT TO A SUBPOENA.**

(1) Avoiding Undue Burden or Expense; Sanctions. A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) Command to Produce Materials or Permit Inspection.

(A) Appearance Not Required. A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) Objections. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) Quashing or Modifying a Subpoena.

(A) When Required. On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) When Permitted. To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial

(C) Specifying Conditions as an Alternative. In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) DUTIES IN RESPONDING TO A SUBPOENA.**

(1) Producing Documents or Electronically Stored Information. These procedures apply to producing documents or electronically stored information:

(A) Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) Form for Producing Electronically Stored Information Not Specified. If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) Electronically Stored Information Produced in Only One Form. The person responding need not produce the same electronically stored information in more than one form.

(D) Inaccessible Electronically Stored Information. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) Claiming Privilege or Protection.

(A) Information Withheld. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) Information Produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) CONTEMPT.**

The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

## SCHEDULE "A"

1. All correspondence, communications and exchanges of information from January 1, 1989, through the present between the Medical Board of California and the following named entities relating to the approval or disapproval of medical schools located in the Caribbean region for purposes of determining the eligibility or lack thereof of students and/or graduates of such schools to engage in clinical clerkships, post graduate residency training and/or the practice of medicine in the State of California:

    a.    The American Medical Association.
    b.    The Association of American Medical Colleges.
    c.    The Education Commission on Foreign Medical Graduate Education.
    d.    The Federation of State Medical Boards.
    e.    The Laison Committee on Medical Education.

2. All correspondence, communications and exchanges of information from January 1, 1989, through the present between the Medical Board of California and the following named entities relating to the approval or disapproval of medical schools located in the Caribbean region for purposes of determining the eligibility or lack thereof of students and/or graduates of such schools to engage in clinical clerkships, postgraduate residency training and/or the practice of medicine in any State or U.S. territory other than California:

    a.    The American Medical Association.
    b.    The Association of American Medical Colleges.
    c.    The Education Commission on Foreign Medical Graduate Education.
    d.    The Federation of State Medical Boards.
    e.    The Laison Committee on Medical Education.

3. All correspondence, communications and other exchanges of information from January 1, 1989, through the present between the Medical Board of California and the Arkansas State Medical Board concerning plaintiff, American University of Antigua.

4. All correspondence and communications from January 1, 1989, through the present between the Medical Board of California and the Arkansas State Medical Board concerning schools located in the Caribbean region other than American University of Antigua.

5. All documents reviewed or considered from January 1, 1989, through the present by the Medical Board of California in determining to include each of the medical schools on its list of "approved" foreign medical schools.

6. All documents reviewed or considered from January 1, 1989, through the present by the Medical Board of California in determining to include each of the medical schools on its list of "disapproved" foreign medical schools.

7. The Minutes of the Medical Board of California and any committees, subcommittees, divisions or subdivisions thereof, from January 1, 1989, through the present, relating to the following:

- a. Approval, disapproval, assessment or evaluation of any medical schools on its list of approved medical schools.
- b. Approval, disapproval, assessment or evaluation of any medical schools on its list of disapproved medical schools.
- c. Qualification of foreign medical schools located in the Caribbean region for the purpose of licensure of graduates thereof to practice medicine in the State of California.
- d. Quality of education of medical schools located in the Caribbean region.
- e. Competence and/or fitness to practice medicine of graduates of medical schools located in the Caribbean region.

8. All correspondence communications and exchanges of information from January 1, 1989, through the present between the Medical Board of California and any State Medical Board relating to the process of approving or disapproving foreign medical schools for the purpose of determining the eligibility of the graduates of the graduates of such school for licensure and/or residency training.

9. All documents from January 1, 1989, through the present relating to any consideration of, or debate on, any amendments or proposed amendment to Title 16 California Code of Regulations 1314.1.

10. All reports, studies, analyses, investigations, position papers, statements and publications of the Medical Board of California from January 1, 1989, through the present concerning medical schools located in the Caribbean and/or the qualifications or lack thereof of graduates of such schools to engage in residency training or to practice medicine.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|---|---|
| John P. Perkins, III SBN 2005252 | | | 501-375-2301 | |
| Shu'  ·w Firm, LLP | | | | |
| 200 .  ⋅t Capitol Avenue Suite 1600 | | | Ref. No. or File No. | |
| Little Rock, AR 72201 | | | 129-001 | |
| ATTORNEY FOR    Plaintiff | | | | |
| UNITED STATES DISTRICT COURT - | | | | |
| U.S. Courthouse, 600 W. Capitol | | | | |
| Little Rock, AR 72201 | | | | |
| SHORT TITLE OF CASE: | | | | |
| American University of Antigua College vs Arkansas State Medical Board | | | | |
| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
| 740609 | | | | 4:09-CV-306 SWW |

United States District Court
Declaration of Service

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. I served the:

Subpoena with attachments;

On: Custodian of Records, The Medical Board of California

At: 2005 Evergreen Street 1200
Sacramento, CA 95815

In the above named action by delivering to and leaving with

Cheryl Thompson
Whose title is: Person in Charge

On: 1/7/2010          At: 12:45 PM

Fees Paid: 0.00

Person who served papers
a. Name: Michael Watson
b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
c. Telephone number: 909-664-9565
d. The fee for this service was: 59.50
e. I am:
(3) [X] a registered CA process server:
(i) [X] Independent Contractor
(ii) Registration No.: 2007-60
(iii) County: Sacramento

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

1/8/2010

Michael Watson

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-15-10

**Declaration of Service**



**EXHIBIT K**



STATE OF CALIFORNIA

STATE AND CONSUMER SERVICES AGENCY • ARNOLD SCHWARZENEGGER, GOVERNOR

DEPARTMENT OF CONSUMER AFFAIRS

**DIVISION OF LEGAL AFFAIRS**
1625 N. Market Blvd. Ste., S-309, Sacramento, CA 95834
P (916) 574-8220 F (916) 574-8623 www.dca.ca.gov

January 19, 2010

John P. Perkins, III, Esq.
Shults Law Firm, LLP
200 West Capitol Avenue, Suite 1600
Little Rock, AR 72201

> RE: *American University of Antigua College of Medicine, et al. v. Arkansas State Medical Board, et al.;* Case Number: 4:09-CV-306 SWW, Eastern District of Arkansas

Dear Mr. Perkins:

The Medical Board of California (Board) is in receipt of the subpoena in the above-captioned matter.

The Board respectfully objects to the subpoena for the following reasons:

1. *Unreasonable Time for Compliance.* The subpoena, which seeks records over a twenty year span, requires compliance by January 28, 2010, was served on the Board on January 7, 2010. Pursuant to an Executive Order issued by Governor Arnold Schwarzenegger, Board staff is furloughed the first three Fridays of January 2010. Additionally, January 19, 2010, was a state holiday, which leaves the Board with less than thirteen days in which to comply with a voluminous demand for records and documents. During the month of January, a substantial amount of staff time is dedicated to the preparation for the Board's quarterly meeting scheduled for January 28-29, 2010, in San Francisco. This abbreviated time frame for compliance is unreasonable. (See Fed. Rules Civ. Proc., rule 45 (c)(3)(A).)

2. *Commands Production of Privileged Information.* The process by which the Board decides to approve an international medical school is a comprehensive one, as Board staff reviews and analyzes the submitted application and supporting documentation. Staff frequently seeks the advice of counsel on these applications, and often counsel will prepare written guidance on the matter for staff. Board counsel has also accompanied Board staff on site visits to international medical schools and assisted in the preparation of reports and memoranda. These records are privileged from discovery under the attorney-client privilege. (See *Clark v. American Commerce National Bank* (9th Cir. 1992) 974 F.2d 127, 129.)

*A. Deliberative Process.* Federal case law recognizes a deliberative process privilege from discovery for the government so that pre-decisional deliberations are not inhibited by fear of disclosure. (*Coastal States Gas Corp. v. Department of Energy* (DC Cir. 1980) 617



SCANNED

F.2d 854.) If documents that evidence the Board's pre-decisional deliberations were to be produced, free, candid and unfettered staff discussions of a school's qualifications and conformance to the operative statutes and regulations would be drastically chilled. This is particularly true in the case of the consultants hired by the Board to evaluate a school's application for recognition by the Board.

3. *Electronic Discovery.* Please be advised that the Board does not store its operational records, word processing documents and electronic mail messages in searchable .pdf format. The documents available from the Board's Internet site are stored in 'TIFF' format, which is not searchable. The conversion of the Board's records to this format would require Board staff to search for, collect, and examine a voluminous of potentially responsive electronic documents, open each responsive electronic document individually, and then 'print' the documents in the prescribed format with an optical character recognition function. Accordingly, this information is not readily accessible because of undue burden and cost as the Board has limited and furloughed staff resources. (See Fed. Rules Civ. Proc., rules 26 (b)(2)(B) and 45 (d)(1)(D), 28 U.S.C.)

4. *Undue Burden.* The Board currently licenses approximately 125,000 physicians and surgeons and several thousands of those licensees are international medical school graduates. For the Board to locate records that are responsive to items 8 and 10 of Schedule A of the subpoena [relating to the qualifications of graduates of foreign medical schools to engage in residency training or practice medicine], the Board will have to individually examine and potentially disclose information within each applicable licensee's file. Compliance with the subpoena is an undue burden on the Board, and such burden likely outweighs any likely benefit to the plaintiff. (See See Fed. Rules Civ. Proc., rules 26 (b)(2)(C) and 45(c)(1), 28 U.S.C.) As stated earlier, the Board has limited staff resources operating under furlough restrictions.

5. *Privacy.* Article 1, Section 1 of the California Constitution guarantees the right to privacy. To the extent that the Board would have to disclose any non-public information contained in a licensee's files, that right would be contravened.

Please contact me if you have any questions.

Sincerely,

DOREATHEA JOHNSON
Deputy Director, Legal Affairs

By KURT HEPPLER
Senior Staff Counsel

cc:     Paulette Romero, Medical Board of California



# EXHIBIT L

# SHULTS, BROWN & PERKINS, LLP

Attorneys at Law
200 West Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201-3637
Telephone (501) 375-2301 Facsimile (501) 375-6861
www.shultslaw.com

January 29, 2010

## VIA FACSMILE AND REGULAR MAIL

Mr. Kurt Heppler
Senior Staff Counsel
Division of Legal Affairs
1625 N. Market Blvd., Suite S-309
Sacramento, CA 95834

> Re: *American University of Antigua College of Medicine, et al. v.*
> *Arkansas State Medical Board, et al.*
> In the United States District Court, E.D. Ark., Western Division
> Case No. 4:09-CV-306 SWW

Dear Mr. Heppler:

Thank you for your letter and telephone call regarding the Medical Board of California's ("Board") objections to American University of Antigua College of Medicine's ("Antigua") subpoena. I am writing to respond to the Board's objections so we may reach a resolution of the Board's compliance with Antigua's subpoena.

1. *Time for Compliance.* Please contact me regarding what time frame the Board proposes to comply with the subpoena at your earliest possible convenience.

2. *Privilege Objections.* We agree that documents prepared by the Board's attorneys providing advice to the Board are protected under the attorney-client privilege. However, documents prepared in the regular course of the Board's activities where attorneys simply assisted in their preparation are not privileged. Attorney involvement or anticipation of attorney review renders those documents, at best, dual purpose documents. Dual purpose documents, or documents where attorneys merely assist, which are not prepared because of pending litigation or not prepared solely to obtain legal advice, are not privileged. *See In re Grand Jury Subpoena,* 357 F. 3d 900 (9th Cir. 2004); *Visa USA, Inc. v. First Data Corp.,* 2004 W.L. 1878209 (N.D. Cal. August 23, 2004).

Therefore, we would request the production of responsive documents regarding site visits to International Medical Schools where an attorney only assisted in their preparation or reviewed them after the fact. Those documents involve routine business decisions on whether to license graduates from a particular school. They do not involve pending litigation, are not prepared solely to seek legal advice, and we request their production. To make clear, we are not seeking drafts or notes by the Board's attorneys regarding those reports and memoranda.

Regarding the Board's objection on the basis of the deliberative process privilege, we recognize that privilege does exist in the 9th Circuit. However, the only documents protected under this privilege would be documents that are both (1) pre-decisional, and (2) actually related to the process by which policies are formulated. *Assembly of the State of Cal. v. U.S. Dept. of Commerce*, 968 F.2d 916 (9th Cir. 1992). The deliberative process privilege is only intended to protect the process by which policies are formulated and important decisions are made beyond the routine. *See Scott v. Board of Education of the City of East Orange,* 219 F.R.D 333, 337 (D.N.J. 2004); *Soto v. City of Concord,* 162 F.R.D. 603, 612-13 (N.D. Cal. 1995). Therefore, decisions about whether particular schools should be approved, disapproved, or not recognized, or other routine decisions of the Board, do not involve decisions about policies of the Medical Board and should be produced.

Perhaps the most efficient way to address the Board's privilege objections would be to provide us more detailed information about what specific documents the Board is withholding, once we have received the documents the Board is willing to produce. That would save time, but also would provide us with a specific basis to assess the Board's privilege objections.

3.    *Electronic Discovery.* We are willing to accept electronic discovery in TIF format without OCR recognition.

4.    *Undue burden and Privacy.* Regarding the Board's objections to categories 8 and 10 of American University of Antigua's subpoena, we are willing to forego documents that only appear in individual licensee files. Under categories 8 and 10, we are still requesting correspondence, communications, and exchanges of information with other State Medical Boards regarding the process of approving or disapproving foreign medical schools; and reports, studies, analyses, investigations, position papers, statements and publications of the Board

regarding the qualifications of graduates of Caribbean Medical Schools in general.

In addition to these matters, please contact me regarding whether the Board will provide the Affidavit and Declaration of Authenticity attached to the subpoena in order to avoid the expense of a deposition of the Board's records custodian. Finally, we will reimburse you for the coping charges and mailing expenses up to $1,000. Beyond this amount, please contact me for prior approval.

Thank you for your consideration of these matters. Please contact me at your earliest convenience regarding resolution of the Board's objections.

Sincerely,

SHULTS, BROWN & PERKINS, LLP

By
John P. Perkins, III

JPP:aes

cc:    Mr. Leonard Sclafani (via regular mail)
       Mara Faust (via regular mail)

# EXHIBIT M

## SHULTS, BROWN & PERKINS, LLP

**Attorneys at Law**
200 West Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201-3637
Telephone (501) 375-2301  Facsimile (501) 375-6861
www.shultslaw.com

February 3, 2010

## VIA FACSMILE AND REGULAR MAIL

Mr. Kurt Heppler
Senior Staff Counsel
Division of Legal Affairs
1625 N. Market Blvd., Suite S-309
Sacramento, CA 95834

> Re: *American University of Antigua College of Medicine, et al. v.*
> *Arkansas State Medical Board, et al.*
> In the United States District Court, E.D. Ark., Western Division
> Case No. 4:09-CV-306 SWW

Dear Mr. Heppler:

I am writing to confirm that the Medical Board of California ("Board") has agreed to provide rolling production of documents responsive to American University of Antigua College of Medicine's ("Antigua") subpoena. Further, to the extent documents are withheld based on privilege, the Board has agreed to provide a privilege log or other detailed indication of any withheld documents.

Regarding the board's objections to the subpoena based on *Estate of Gonzales v. Hickman*, 466 F. Supp.2d 1226 (E.D. Cal. 2006), we do not feel that case is good law given the recent decision of *Allen v. Woodford*, 544 F.Supp.2d 1074 (E.D. Cal. 2008), which held that 11th Amendment immunity is inapplicable to a federal subpoena to a non-party state agency because it is not a "suit" that implicates the 11th Amendment. In addition, as stated in *Gonzales*, the *Exparte Young*, 209 U.S. 123 (1908), exception to sovereign immunity applies when a plaintiff seeks prospective relief, or to address an ongoing violation of federal law. Antigua is, in fact, seeking relief from ongoing violations of federal law, and therefore, the *Exparte Young* exception applies as well.

Please contact me if you have any questions or concerns, as we seek to reach a resolution of the Board's compliance with Antigua's subpoena.

SHULTS, BROWN & PERKINS, LLP

r. Kurt Heppler
February 3, 2010
Page 2

Sincerely,

SHULTS, BROWN & PERKINS, LLP

By

John P. Perkins, III

JPP:aes

cc:     Ms. Mara Faust (via regular mail)



# EXHIBIT N

## WELCOME TO
# THE MEDICAL BOARD OF CALIFORNIA
*Department of Consumer Affairs*

Home -» Applicant -» **Schools Unapproved**

## International Medical Schools Disapproved by the State of California

The Division of Licensing has formally disapproved the international medical schools listed below. Therefore, neither education completed at, nor diplomas issued by, these schools will be accepted toward meeting the requirements for training and/or licensure in this state.

If a medical school is not on this list of disapproved schools, it is either a recognized or an unrecognized medical school. Please check California's Recognized Medical School list to determine if your school is recognized by California. If a school is not on either the recognized or disapproved list, it may be a school that has not requested recognition by the Medical Board of California. Please be aware education obtained at a disapproved school is not acceptable for licensure in California.

Should you have any questions, please contact the Licensing Program at (916) 263-2382.

| Name of Medical School: | Date Disapproved: |
|---|---|
| 1. CETEC University, Santo Domingo (closed) | 05-19-83 |
| 2. CIFAS University, Santo Domingo (closed) | 11-16-84 |
| 3. UTESA University, Santo Domingo | 07-13-85 disapproval reaffirmed 02-07-97 |
| 4. World University, Santo Domingo (closed) | 12-01-89 |
| 5. Spartan Health Sciences University, St. Lucia | 08-13-85 |
| 6. University of Health Sciences Antigua, St. John's | 07-28-95 |
| 7. Universidad Eugenio Maria de Hostos (UNIREMHOS), Dom. Rep. | 11-01-96 |
| 8. Universidad Federico Henriquez y Carvajal, Dom. Rep. | 07-31-98 |
| 9. St. Matthew's University, Grand Cayman | 02-18-05 |
| 10. Kigezi International School of Medicine, Cambridge, England and Uganda | 11-02-07 |

This web site contains PDF documents that require the most current version of Adobe Reader to view. To download click on the icon below.



Conditions of Use | Privacy Policy

Copyright © 2007 State of California

**ASMB 218**



# EXHIBIT O

## WELCOME TO
# THE MEDICAL BOARD OF CALIFORNIA
*Department of Consumer Affairs*

Home ❧ Applicant ❧ **Schools Recognized**

## Medical Schools Recognized by the Medical Board of California

The following is a list of medical schools recognized by the Medical Board of California. To locate a particular school, click on the letter for the country where that school is located.

If a medical school is not listed on the recognized school list, the medical school is either unrecognized or disapproved. The education and training received at an unrecognized or disapproved medical school is not acceptable for licensure in California.

**Note:** Students from some recognized international medical schools may have deficiencies in their training and will not meet the requirements for licensure in California. Any training deficiencies will require remedial training prior to licensure in California.

**Warning:** Some recognized medical schools that teach in their native language are opening English language medical school programs. The English language programs are not recognized unless specifically stated, e.g., "University of Pecs Faculty Medicine" and "Pecs University Medical School English Program (6-year English Program)." The English language programs must apply for recognition and receive approval from the Medical Board of California for the education received from the English language program to be eligible to qualify an applicant for licensure requirements in California.

Should you have any questions please contact the Board's Licensing Program at (916) 263-2382.

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P-Q  R  S  T  U  V  W-X  Y  Z

### Afghanistan

❧ State Medical Institute of Nangarhar Faculty of Medicine

❧ University of Kabul Faculty of Medicine

### Albania

❧ University of Tirana Faculty of Medicine

### Algeria

❧ Constantine National Institute of Higher Learning

❧ National Institute of Higher Learning in Medical Sciences (Annaba)

❧ National Institute of Higher Learning in Medical Sciences (Oran)

❧ University of Algeria National Institute of Higher Learning

### Argentina

❧ Adventist University of La Plata Faculty of Health Sciences

❧ Austral University Faculty of Biomedical Sciences

❧ Catholic University of Cordoba Faculty of Medicine

❧ Favaloro University Faculty of Medical Sciences

❧ Maimonides University Faculty of Medicine

❧ National University of Cordoba Faculty of Medicine

❧ National University of Cuyo Faculty of Medicine

**ASMB 37**

-» National University of La Plata Faculty of Medicine

-» National University of Rosario Faculty of Medicine

-» National University of the Northeast Faculty of Medicine

-» National University of Tucuman Faculty of Medicine

-» University Institute of Health Sciences, H. A. Barcelo Foundation

-» University Institute of Health Sciences Faculty of Medicine

-» University of Buenos Aires Faculty of Medicine

-» University of Salvador Faculty of Medicine

### Armenia

-» Yerevan State Medical University

### Australia

-» Monash University Faculty of Medicine

-» The Flinders University of South Australia

-» The University of Queensland Medical School

-» University of Adelaide Medical School

-» University of Melbourne Faculty of Medicine

-» University of New South Wales Faculty of Medicine

-» University of Newcastle Faculty of Medicine

-» University of Sydney Faculty of Medicine

-» University of Tasmania Faculty of Medicine

-» University of Western Australia School of Medicine

### Austria

-» University of Graz Faculty of Medicine

-» University of Innsbruck Faculty of Medicine

-» University of Vienna Faculty of Medicine

Back to Top

### Bahrain

-» Arabian Gulf University College of Medicine

### Bangladesh

-» Chittagong Medical College

**ASMB 38**



» Dhaka Medical College

» Mymensingh Medical College

» Rajshahi Medical College

» Rangpur Medical College

» Sher-E-Bangla Medical College

» Sir Salimullah Medical College

» Sylhet Medical College

» University of Dhaka, Jahurul Islam Medical College & Hospital

**Barbados**

» University of the West Indies School of Clinical Medicine

**Belarus**

» Belarussian State Medical University

**Belgium**

» Catholic University of Leuven Faculty of Medicine

» Catholic University of Louvain Faculty of Medicine

» Central University of Antwerp Faculty of Medicine

» Free University of Brussels Faculty of Medicine

» Free University of Brussels Faculty of Medicine & Pharmacy

» State University at Liege Faculty of Medicine

» University of Ghent Faculty of Medicine

**Benin**

» National University of Benin Faculty of Health Sciences

**Bolivia**

» Greater Bolivian University of San Andres

» Greater Bolivian University of San Francisco Xavier

» Greater University of San Simon Faculty of Medicine

» Our Lady of Peace University

» Valley University Faculty of Medicine

**Bosnia and Herzegovina**

» "Djuro Pucar Stari" University of Banja Luka Faculty of Medicine

**ASMB 39**

- » University of Sarajevo Faculty of Medicine
- » University of Tuzla Faculty of Medicine

**Brazil**

- » Benedito Pereira Nunes Foundation Campos Faculty of Medicine
- » Catanduva Faculty of Medicine
- » Catholic University of Parana Center of Health Sciences
- » Faculty of Medical Sciences of Pernambuco
- » Faculty of Medical Sciences of Santa Casa of Sao Paulo
- » Faculty of Medical Sciences of Santos Lusiada Foundation
- » Faculty of Medicine of Santo Amaro
- » Faculty of Medicine of Teresopolis
- » Faculty of Medicine of Triangulo Mineiro
- » Faculty of Medicine of Vassouras
- » Federal Faculty of Medical Sciences of Porto Alegre
- » Federal Fluminense University Faculty of Medicine
- » Federal University of Bahia Faculty of Medicine
- » Federal University of Ceara Center of Health Sciences
- » Federal University of Espirito Santo Biomedical Center
- » Federal University of Goias Faculty of Medicine
- » Federal University of Juiz de Fora Faculty of Medicine
- » Federal University of Maranhao Center of Health Sciences
- » Federal University of Minas Gerais Faculty of Medicine
- » Federal University of Para Center of Health Sciences
- » Federal University of Paraiba Center of Health Sciences
- » Federal University of Parana Center of Health Sciences
- » Federal University of Pelotas Faculty of Medicine
- » Federal University of Pernambuco Center of Health Sciences
- » Federal University of Rio de Janeiro Faculty of Medicine
- » Federal University of Santa Maria Center of Health Sciences
- » Federal University of Sao Paulo Paulista School of Medicine
- » Federal University of South Rio Grande Faculty of Medicine
- » Foundation of the Federal University of Mato Grosso do Sul
- » Marilia Faculty of Medicine
- » Oswaldo Aranha Foundation, School of Medical Sciences of Volta Redonda
- » Paulista State University Faculty of Medicine

**ASMB 40**

-» Pontifical Catholic University of Campinas Faculty of Medical Sciences

-» Pontifical Catholic University of Sao Paulo Faculty of Medicine

-» Santa Casa of Misericordia of Vitoria School of Medicine

-» State University of Campinas Faculty of Medical Sciences

» State University of Rio de Janeiro Faculty of Medical Sciences

-» Technical-Educational Foundation Souza Marques School of Medicine

-» University Foundation of ABC, Faculty of Medicine of ABC

-» University Foundation State of Londrina, Center of Health Sciences

-» University Gama Filho, Medical School of Rio de Janeiro

-» University of Brazil Faculty of Health Sciences

» University of Mogi das Cruzes Center of Biomedical Sciences

-» University of Passo Fundo Faculty of Medicine

-» University of Santa Catarina Center of Health Sciences

-» University of Sao Paulo Faculty of Medicine

» University of Sao Paulo Faculty of Medicine of Ribeirao Preto

-» University of Taubate Faculty of Medicine

**Bulgaria**

-» Medical Academy, Higher Medical Institute of Pleven

-» Medical Academy, Higher Medical Institute of Sofia

-» Medical Academy, Higher Medical Institute of Varna

» Medical Academy, I. P. Pavlov Higher Medical Institute

-» Medical Faculty at Trakia University

**Burma**

-» Institute of Medicine (I) Rangoon

» Institute of Medicine (II) Rangoon

-» Institute of Medicine, Mandalay University

**Burundi**

-» University of Burundi Faculty of Medicine

Back to Top

**Cambodia**

-» Royal School of Medicine of Cambodia

**ASMB 41**

**Cameroon**

- » Federal University of Cameroon
- » University of Yaounde I Faculty of Medicine and Biomedical Sciences

**Canada**

- » Dalhousie University Faculty of Medicine
- » Laval University Faculty of Medicine
- » McGill University Faculty of Medicine
- » McMaster University School of Medicine
- » Memorial University of Newfoundland Faculty of Medicine
- » Queen's University Faculty of Medicine
- » University of Alberta Faculty of Medicine
- » University of British Columbia Faculty of Medicine
- » University of Calgary Faculty of Medicine
- » University of Manitoba Faculty of Medicine
- » University of Montreal Faculty of Medicine
- » University of Ottawa School of Medicine
- » University of Saskatchewan College of Medicine
- » University of Sherbrooke Faculty of Medicine
- » University of Toronto Faculty of Medicine
- » University of Western Ontario Faculty of Medicine

**Central African Republic**

- » University of Bangui Faculty of Health Sciences

**Chile**

- » Austral University of Chile Faculty of Medicine
- » Pontifical Catholic University of Chile Faculty of Medicine
- » University of Chile Faculty of Medicine
- » University of Concepcion Faculty of Medicine

**China**

- » Anhui College of Traditional Chinese Medicine
- » Anhwei Medical College AKA Anhui Medical College
- » Army Medical College
- » Aurora University French School of Medicine

**ASMB 42**

- » Beijing University of Traditional Chinese Medicine
- » Bengbu Medical College
- » Bethune Medical University
- » Binzhou Medical College
- » Canton University Medical College
- » Capital Medical College
- » Central South University Xiangya School of Medicine
- » Chang Su Medical College
- » Changchiakou School of Medicine
- » Changwei Medical College AKA Weifang Medical College
- » Cheelo University College of Medicine
- » Chekiang Medical University AKA Zhejiang Medical University
- » Cheng Chand Medical College
- » China Medical University
- » Chinese Medical College, Canton
- » Chongqing Medical University
- » Dali Medical College
- » Dalian Medical University
- » East China Union Medical College
- » Fujian Medical College
- » Fukien Medical University
- » Gannan School of Medicine
- » Guangdong Medical College
- » Guangxi Medical College
- » Guangzhou Medical College
- » Guilin Medical College
- » Guiyang Medical College
- » Hackett Medical College for Women, Canton
- » Hainan Medical College
- » Hangchow Medical Training College
- » Harbin Medical University
- » Hebei Medical College
- » Heilongjiang College of Traditional Chinese Medicine
- » Henan Medical University
- » Hengyang Medical College
- » Huabei Medical College for the Coal Industry

**ASMB 43**

- » Hubei Medical College AKA Hupeh Medical College
- » Hunan Medical University
- » Inner Mongolia College of Traditional Mongolian Medicine
- » Inner Mongolia Medical College
- » Inner Mongolia Medical College of Nationalities
- » Jiamusi Medical College AKA Chiamuszu Medical College
- » Jiangxi Medical College
- » Jilin Medical College
- » Jining Medical College
- » Jinzhou Medical College
- » Kiangsu Medical College
- » Kunming Medical College
- » Kweiyang Medical College
- » Kwong Wah Medical College
- » Lanchow Medical College AKA Lanzhou Medical College
- » Lingnan University
- » Luzhou Medical College
- » Medical Center of Fudan University
- » Medical College of Jinan University
- » Nanjing Medical College
- » Nanjing Railway Medical College AKA Nanking Railway Medical College
- » Nanjing University School of Medicine
- » Nantong Medical College
- » National Chung Cheng Medical College
- » National Hsiang Ya Medical College
- » National Northwest Medical College
- » National Tung Chi University College of Medicine
- » North China Union Medical College for Women, Peiping
- » North Sichuan Medical College
- » Peking Medical University AKA Beijing Medical University
- » Peking Union Medical College
- » Qingdao Medical College
- » Saint John's University
- » Shandong Medical University
- » Shanghai College of Traditional Chinese Medicine
- » Shanghai Medical University

**ASMB 44**

- » Shanghai Railway Medical College
- » Shanghai Second Medical University
- » Shansi Medical College AKA Shanxi Medical College
- » Shantou University Medical College
- » Shantung Medical College
- » Shen Si Medical School
- » Shenyang Medical College
- » Shihezi Medical College
- » Soochow Medical College
- » South China Medical College
- » Southeastern Medical College
- » Sun Yat-Sen University of Medical Sciences
- » Suzhou Medical College
- » Szechwan Medical College
- » Taishan Medical College
- » The First Military Medical University
- » The Fourth Military Medical University
- » The Second Military Medical University
- » The Third Military Medical University
- » Tianjin Medical College
- » Tongji Medical University
- » Tung Nan Medical College
- » Tung Teh Medical School
- » University of Langnan Medical College, Canton
- » Wannan Medical College
- » Wenzhou Medical College
- » West China University of Medical Sciences
- » Women's Christian Medical College
- » Wuhan Medical College
- » Xian Medical University
- » Xinjiang Medical College
- » Xuzhou Medical College
- » Yanbian Medical College
- » Zhanjiang Medical College
- » Zhejiang College of Traditional Chinese Medicine
- » Zhenjiang Medical College

**ASMB 45**

- » Zhongshan Medical University

- » Zunyi Medical College

**Colombia**

- » "Juan N Corpas" School of Medicine

- » Autonomous University of Bucaramanga

- » Bosque University Colombian Medical School

- » Colombian School of Medicine

- » Free University of Cali Faculty of Medicine

- » Free University of Colombia Faculty of Medicine

- » Greater College of Our Lady of the Rosary

- » Health Sciences University Foundation

- » Industrial University of Santander Faculty of Science

- » Institute of Health Sciences "CES" Faculty of Medicine

- » Metropolitan University Corporation Faculty of Medicine

- » National University of Colombia Faculty of Medicine

- » New Granada Military University School of Medicine

- » Pontifical Bolivian University Faculty of Medicine

- » Pontifical Javerian University Faculty of Medicine

- » South Columbian University Faculty of Medicine and Health Sciences

- » Technical University of Pereira Faculty of Medicine

- » University of Antioquia Faculty of Medicine

- » University of Caldas Faculty of Medicine

- » University of Cartagena Division of Health Sciences

- » University of Cauca Division of Health Sciences

- » University of Quindio School of Medicine

- » University of Sabana Faculty of Medicine

- » University of the North Faculty of Medicine

- » University of the Valley Division of Health Sciences

.

**Costa Rica**

- » Autonomous School of Medical Sciences of Central America

- » University of Costa Rica Faculty of Medicine

**Croatia**

- » University of "Vladimir Bakaric" of Rijeka Faculty of Medicine

**ASMB 46**

» University of Zagreb Faculty of Medicine

**Cuba**

» Higher Institute of Medical Sciences of Camaguey Carlos J Finlay

» Higher Institute of Medical Sciences of Havana

» Higher Institute of Medical Sciences of Santiago

» Higher Institute of Medical Sciences of Villa Clara

» Latin American School of Medicine

**Czech Republic**

» Charles University Faculty of Medicine 2

» Charles University Faculty of Medicine 3

» Charles University Faculty of Medicine in Hradec Kralove

» Charles University Faculty of Medicine in Plzen

» Charles University in Prague Faculty of Medicine 1 (6-year Czech & English programs)

» Masaryk University Faculty of Medicne in Brno

» Palacky University Faculty of Medicine

Back to Top

**Denmark**

» University of Arhus Faculty of Medicine

» University of Copenhagen Faculty of Medicine

» University of Odense Faculty of Medicine

**Dominica**

» Ross University School of Medicine

**Dominican Republic**

» Autonomous University of Santo Domingo Faculty of Medicine

» Central University of the East School of Medicine (UCE)

» Mother and Master Catholic University

» National University of Pedro Henriquez Urena

» Nordestana University Faculty of Medical Sciences

» Technical Institute of Santo Domingo School of Medicine (INTEC)

Back to Top

**ASMB 47**

**Ecuador**

- Catholic University of Cuenca Faculty of Medicine

- Catholic University of Santiago of Guayaquil

- Central University of Ecuador School of Medicine

- Pontifical Catholic University of Ecuador

- University of Cuenca Faculty of Medical Sciences

- University of Guayaquil Faculty of Medical Sciences

**Egypt**

- Ain Shams University Faculty of Medicine

- Al-Azhar University Faculty of Medicine

- Menoufia University Faculty of Medicine

- South Valley University Sohag Faculty of Medicine

- Suez Canal University Faculty of Medicine

- Tanta Faculty of Medicine

- University of Alexandria Faculty of Medicine

- University of Asyut Faculty of Medicine

- University of Cairo Faculty of Medicine

- University of Mansura Faculty of Medicine

- University of Minya Faculty of Medicine

- Zagazig Faculty of Medicine

**El Savador**

- Alberto Masferrer University Faculty of Medicine

- Dr. Jose Matias Delgado University Faculty of Health Sciences

- Evangelical University Faculty of Medicine

- National University Rosales Hospital Faculty of Medicine

- University of El Salvador Faculty of Medicine

- University of New San Salvador School of Medicine

**England**

- Oxford University Medical School

- St Bartholomew's and the Royal London School of Medicine

- The University of Nottingham Medical School

- University of Birmingham Medical School

**ASMB 48**

» University of Bristol Medical School

» University of Cambridge School of Clinical Medicine

» University of Leeds School of Medicine

» University of Leicester School of Medicine

» University of Liverpool Faculty of Medicine

» University of London School of Medicine, University College

» University of London, Charing Cross and Westminster Medical School

» University of London, Imperial College School of Medicine

» University of London, King's College School of Medicine and Dentistry

» University of London, Royal Free Hospital School of Medicine

» University of London, St Bartholomew's Hospital Medical College

» University of London, St. George's Hospital Medical School

» University of London, St. Mary's Hospital Medical School

» University of London, The London Hospital Medical College

» University of London, United Medical and Dental Schools of Guy's and St. Thomas's Hospitals

» University of Manchester Faculty of Medicine

» University of Newcastle-Upon-Tyne Medical School

» University of Sheffield Medical School, Faculty of Medicine and Dentistry

» University of Southampton Faculty of Medicine

» Warwick Medical School

**Ethiopia**

» Addis Ababa University Faculty of Medicine

» Addis Ababa University Gondar College of Medical Sciences

» Jimma Health Science Institute

Back to Top

**Fiji**

» Fiji Medical School

**Finland**

» University of Helsinki Medical Faculty

» University of Kuopio Medical Faculty

» University of Oulu Medical Faculty

» University of Tampere Medical Faculty

**ASMB 49**

-» University of Turku Medical Faculty

**France**

-» Free School of Medicine

-» Scientific and Medical University of Grenoble U.F.R. of Medicine

-» University of Aix-Marseille U.F.R. of Medicine

-» University of Angers U.F.R. of Medical Sciences and Pharmaceutics

-» University of Besancon U.F.R. of Medicine

-» University of Bordeaux U.F.R. of Medicine, University of Bordeaux II

-» University of Brest U.F.R. of Medicine

-» University of Caen U.F.R. of Medicine

-» University of Claude Bernard U.F.R. of Medicine Grange Blanche AKA University of Lyon

-» University of Clermont-Ferrand U.F.R. of Medicine

-» University of Dijon U.F.R. of Medicine

-» University of Francois-Rabelais U.F.R. of Medicine of Tours

-» University of Lille II U.F.R. of Medicine

-» University of Limoges U.F.R. of Medicine and Pharmacy

-» University of Louis Pasteur U.F.R. of Medical Sciences AKA University of Strasbourg

-» University of Montpellier U.F.R. of Medicine

-» University of Nancy I U.F.R. A and B of Medicine

-» University of Nantes U.F.R. of Medicine and Medical Technology

-» University of Nice U.F.R. of Medicine

-» University of Paris South U.F.R. of Medicine Kremlin-Bicetre

-» University of Paris U.F.R. of Medicine and Human Biology

-» University of Paris U.F.R. of Medicine Necker-Enfants Malades

-» University of Paris U.F.R. of Medicine Saint-Antoine

-» University of Paris Val-de-Marne U.F.R. of Creteil

-» University of Paris VII U.F.R. of Medicine Lariboisiere-Saint-Louis

-» University of Paris VII U.F.R. of Medicine Xavier Bichat

-» University of Picardy U.F.R. of Medicine AKA University of Amiens

-» University of Pierre and Marie Curie (Paris VI) U.F.R. Broussais-Hotel-Dieu

-» University of Pierre and Marie Curie (Paris VI) U.F.R. of Medicine Pitie-Salpetriere

-» University of Poitiers U.F.R. Mixte of Medicine and Pharmacy

-» University of Reims U.F.R of Medicine

-» University of Rennes U.F.R. "Clinic and Medical Therapeutics"

-» University of Rouen U.F.R. of Medicine and Pharmacy

**ASMB 50**

-» University of Saint-Etienne U.F.R. of Medicine

-» University Paul Sabatier U.F.R. of Medicine Toulouse-Rangeuil

-» University Rene Descartes (Paris V) U.F.R. of Medicine Cochin-Port Royal

-» University Rene Descartes U.F.R. of Medicine Paris-Ouest

Back to Top

**Georgia**

-» Tbilisi State Medical University

**Germany**

-» Albert-Ludwigs-University of Freiburg Faculty of Medicine

-» Charity Medical University of Berlin

-» Christian-Albrechts-University of Kiel Faculty of Medicine

-» Eberhard-Karls-University of Tubingen Faculty of Medicine

-» Ernst-Moritz-Arndt-University Faculty of Medicine

-» Free University of Berlin Faculty of Medicine

-» Friedrich-Alexander University of Erlangen-Nurnberg

-» Friedrich-Schiller-University of Jena Faculty of Medicine

-» Georg-August-University of Gottingen Faculty of Medicine

-» Heinrich-Heine University Dusseldorf AKA University of Dusseldorf

-» Humboldt University of Berlin

-» Johannes-Gutenberg-University of Mainz Faculty of Medicine

-» Johann-Wolfgang-Goethe-University of Frankfurt

-» Justus-Liebig-University of Giessen Faculty of Medicine

-» Karl-Marx-University of Leipzig Faculty of Medicine

-» Ludwig-Maximilians-University of Munich Faculty of Medicine

-» Martin-Luther-University Faculty of Medicine

-» Medical Academy of Essen

-» Medical Academy of Hannover

-» Medical Academy of Magdeburg

-» Philipps-University of Marburg Faculty of Medicine

-» Rheinische Friedrich-Wilhelms University of Bonn

-» Rheinisch-Westfalische Technical Academy at Aachen

-» Ruhr-University of Bochum Faculty of Medicine

-» Ruprecht-Karls-University of Heidelberg Faculty of Medicine

**ASMB 51**

-» Technical University Dresden-"Carl-Gustav Carus" Medical Faculty

-» Technical University of Munich Faculty of Medicine

» University of Cologne Faculty of Medicine

-» University of Hamburg Faculty of Medicine

-» University of Heidelberg, Mannheim Faculty of Medicine

» University of Luebeck Faculty of Medicine

-» University of Regensburg Faculty of Medicine III

-» University of Saarlandes/Saarbrucken Faculty of Medicine

-» University of Ulm Faculty of Medicine

-» University of Witten-Herdecke Faculty of Medicine

-» University of Wurzburg Faculty of Medicine

-» Westfalische-Wilhelms-University of Munster Faculty of Medicine

-» Wilhelm-Pieck-University of Rostock Faculty of Medicine

### Ghana

-» University of Ghana Medical School

-» University of Science and Technology, School of Medical Sciences

### Greece

-» Aristotelian University of Thessaloniki

-» Democritus University of Thrace

-» National University of Athens Faculty of Medicine

-» University of Crete Division of Medicine

-» University of Ioannina Medical School

-» University of Patras Medical School

### Grenada

-» St. George's University School of Medicine

### Guatemala

-» Francisco Marroquin University Faculty of Medicine

-» University of San Carlos Faculty of Medical Science

### Guinea

-» "Gamel Abdel Nasser" Polytechnical Institute

Back to Top

**ASMB 52**

**Haiti**

-» State University of Haiti School of Medicine

**Honduras**

-» National Autonomous University of Honduras

**Hong Kong**

-» Chinese University of Hong Kong Faculty of Medicine

-» University of Hong Kong Faculty of Medicine

**Hungary**

-» "Pecs University Medical School" English Program (6-year English program)

-» Semmelweis University Faculty of Medicine (MPES) (6-year English program)

-» University of Albert Szent-Gyorgyi Faculty of Medicine (6-year English program)

-» University of Debrecen Faculty of Medicine

-» University of Debrecen Medical and Health Sciences Centre (6-year English program)

-» University of Pecs Faculty of Medicine

-» University of Semmelweis Faculty of Medicine

-» University of Szeged Faculty of Medicine

Back to Top

**Iceland**

-» Haskoli Islands University

**India**

-» A P Singh University, S. S. Medical College

-» Agra University, S. N. Medical College

-» Aligarh Muslim University, J. L. N. Medical College

-» All-India Institute of Medical Sciences

-» Amravati University, Panjabrao alias B. D. Memorial College

-» Andhra University, Andhra Medical College

-» Andhra University, Guntur Medical College

-» Andhra University, Rangaraya Medical College AKA University of Health Sciences Vijayawada

-» Annamalai University, Rajah Muthiah Medical College

**ASMB 53**

- ⇨ Assam University, Silchar Medical College and Hospital

- ⇨ B.N. Mandal University, Mata Gujri Memorial Medical College

- ⇨ Baba Farid University of Health Sciences Christian Medical College

- ⇨ Baba Farid University of Health Sciences Dayanand Medical College

- ⇨ Baba Farid University of Health Sciences Government Medical College

- ⇨ Baba Farid University of Health Sciences Guru Govind Singh Medical College

- ⇨ Baba Farid University of Health Sciences, Sri Guru Ram Das Institute of Medical Sciences

- ⇨ Banaras Hindu University Institute of Medical Sciences

- ⇨ Bangalore University Kempegowda Institute of Med Science

- ⇨ Bangalore University, Bangalore Medical College

- ⇨ Bangalore University, Dr B. R. Ambedkar Medical College

- ⇨ Bangalore University, M. S. Ramaiah Medical College

- ⇨ Bangalore University, Sri Devraj Urs Medical College

- ⇨ Bangalore University, Sri Siddhartha Medical College

- ⇨ Bangalore University, St. John's Medical College

- ⇨ Barkatulla Vishwavidyalaya University, Ghandi Medical College

- ⇨ Berhampur University, M. K. C. G. Medical College

- ⇨ Bhagalpur University Medical College

- ⇨ Bharathiar University, Coimbatore Medical College

- ⇨ Bharathidasan University, Thanjavur Medical College

- ⇨ Bharati Vidyapeeth Deemed University, B. V. Medical College

- ⇨ Bhavnagar University, Government Medical College Bhavnagar

- ⇨ Bhopal University, Gandhi Medical College

- ⇨ Bihar University, Sri Krishna Medical College

- ⇨ Bombay University, Dr D. Y. Patil Medical College

- ⇨ Bombay University, Mahatma Gandhi Mission's Medical College

- ⇨ Bundelkhand University, M. L. B. Medical College

- ⇨ Burdwan University Medical College

- ⇨ Calcutta University, N.R.S. Medical College

- ⇨ Calicut University Medical College

- ⇨ Ch. Charan Singh University, Santosh Medical College

- ⇨ Chaudhry Charan Singh University, L.L.R. Memorial Medical College

- ⇨ Devi Ahilya Vishwavidyalaya M. G. M. Medical College

- ⇨ Dibrugarh University, Assam Medical College

- ⇨ Dr. B. R. Ambedkar University, Sarojini Najdu Medical College

- ⇨ Dr M.G.R. Medical University, Chennai Medical College

**ASMB 54**

» Dr M.G.R. Medical University, Chingleput Medical College

» Dr M.G.R. Medical University, Coimbatore Medical College

» Dr M.G.R. Medical University, Madras, Christian Medical College

» Dr M.G.R. Medical University, Madras, Madras Medical College

» Dr M.G.R. Medical University, Madras, P. S. G. Institute

» Dr M.G.R. Medical University, Madras, Sri Ramachandra Medical College

» Dr M.G.R. Medical University, Madras, Stanley Medical College

» Dr M.G.R. Medical University, Madurai Medical College

» Dr M.G.R. Medical University, Mohan Kumaramangalam Medical College

» Dr M.G.R. Medical University, P. S. G. Institute of Medical Sciences

» Dr M.G.R. Medical University, Thanjavur Medical College

» Dr M.G.R. Medical University, Tirunelveli Medical College

» Dr M.G.R. Medical University, Vinayaka Mission's K. V. Medical College

» Dr M.G.R. University, Madras, Coimbatore Medical College

» Dr M.G.R. University, Madras, Kilpauk Medical College

» Gandhiji University, Kottayam Medical College

» Gauhati University, Gauhati Medical College

» Gauhati University, Regional Medical College

» Goa University, Goa Medical College

» Gorakhpur University, Baba Raghav Das Medical College

» Gujarat University, B. J. Medical College

» Gujarat University, N. H. L. Municipal Medical College

» Gulbarga University, Mahadevappa Rampure Medical College

» Gulbarga University, Vijaynagara Institute of Medical Sciences

» Guru Nanak Dev University Medical College

» Himachal Pradesh University, Indira Gandhi Medical College

» Indore University, M. G. M. Medical College AKA Devi Ahilya Vishwavidyalaya, M. G. M. Medical College

» Jabalpur University Medical College AKA Rani Durgavati Vishwavidyalaya

» Jammu University Medical College

» Jammu University, Acharya Shri Chander College of Medical Sciences

» Jiwaji University, Gajra Raja Medical College

» Kakatiya University, Kakatiya Medical College

» Kannur University, Academy of Medical Sciences Pariyaram

» Kanpur University, G. S. V. M. Medical College

» Kanpur University, M. L. B. Medical College

» Karnatak University Dharwad, B. L. D. E. Association's Medical College

**ASMB 55**

-» Karnatak University Government Medical College AKA Gulbarga University, Government Medical College

-» Karnatak University, J. L. N. Medical College

-» Karnatak University, Karnatak Medical College

-» Karnataka University, Dharwad, Al-Ameen Medical College

-» Kashmir University, Government Medical College

-» Kuvempu University, J. J. M. Medical College

-» L N Mithila University, Darbhanga Medical College

-» M. S. University of Baroda Medical College

-» Madras University, Sri Ramachandra Medical College

-» Madurai University Medical College

-» Madurai University, Tirunelveli Medical College

-» Magadh University, Anugrah Narain Magadh Medical College

-» Magadh University, Nalanda Medical College

-» Maharashtra University, Padmashree Dr. D. Y. Patil Medical College

-» Maharashtra University, Shri Vasantrao Naik Government Medical College

-» Maharashtra University of Health Sciences, Jawaharlal Nehru Medical College, Wardha

-» Maharashtra University of Health Sciences, K.J. Somaiya Medical College

-» Maharashtra University of Health Sciences, M. G. M. Medical College

-» Maharashtra University of Health Sciences, Maharashtra Institute

-» Maharashtra University of Health Sciences, Miraj Medical College

-» Maharashtra University of Health Sciences, Seth G. S. Medical College

-» Maharishi Dayanand University P.T. Blagwat Dayal Sharma Medical College

-» Mahatma Gandi University, Kottayam Medical College

-» Mangalore University, Kasturba Medical College

-» Manipal Academy of Higher Education Kasturba Medical College Mangalore

-» Manipal Academy of Higher Education Kasturba Medical College Manipal

-» Manipur University, Regional Institute of Medical Sciences

-» Marathwada University, Government Medical College

-» Meerut University, L. L. R. M. Medical College

-» Mysore University, Adichunchanagiri Institute of Medical Sciences

-» Mysore University, J. J. M. Medical College

-» Mysore University, Kasturba Medical College

-» Mysore University, Mysore Medical College

-» Nagarjuna University, Guntur Medical College

-» Nagarjuna University, Siddhartha Medical College

-» Nagpur University Medical College

**ASMB 56**

- » Nagpur University, Indira Gandhi Medical College
- » Nagpur University, J. N. Medical College
- » Nagpur University, Mahatma Gandhi Institute of Medical Sciences
- » Nagpur University, N. K. P. Salve Institute of Medical Sciences
- » North Bengal University North Bengal Medical College
- » North Maharashtra University Sri Bhausaheb Hire Government Med Coll
- » North Maharashtra University, J. M. F.'s A. C. P. M. Medical College
- » NTR University of Health Sciences, Mamata Medical College
- » Osmania University, Gandhi Medical College
- » Osmania University, Kakatiya Medical College
- » Osmania University, Osmania Medical College
- » Patna University, Patna Medical College
- » Pondicherry University, Jawaharlal Institute
- » Poona University, N. D. M. V. P. Samaj's Medical College
- » Pt Ravi Shankar Shukla University, Pt J. N. M. Medical College
- » Punjab University, Christian Medical College
- » Punjab University, Dayanand Medical College
- » Punjab University, Government Medical College
- » Punjabi University, Guru Govind Singh Medical College
- » Rajiv Gandi University of Health Sciences Jawaharlal Nehru Medical College
- » Rajiv Gandhi University of Health Sciences, Adichunchanagiri Institute
- » Rajiv Gandhi University of Health Sciences, J. J. M. Medical College
- » Rajiv Gandhi University of Health Sciences, J. S. S. Medical College
- » Rajiv Gandhi University of Health Sciences, Kempegowda Institute of Medical Sciences
- » Rajiv Gandhi University of Health Sciences, M. S. Ramaiah Medical College
- » Rajiv Gandhi University of Health Sciences, Vijayanagar Institute of Medical Sciences
- » Rajiv Gandhi University of Health Sciences, Yenepoya Medical College
- » Rajiv Gandhi University, Mahadevappa Rampura Medical College
- » Rajiv Gandhi University, Mysore Medical College
- » Rajiv Gandhi University, Sri Devaraj Urs Medical College
- » Rajiv Randhi University of Health Sciences, Bangalore Medical College
- » Ranchi University, Mahatma Gandhi Memorial Medical College
- » Ranchi University, Patliputra Medical College
- » Ranchi University, Rajendra Medical College
- » Rani Durgavati Vishwavidyalaya Medical College
- » Rani Durgavati Vishwavidyalaya University, N. S. C. B. Medical College

**ASMB 57**

→» Ravi Shankar University, J. L. N. Medical College

→» Sambalpur University, V. S. S. Medical College

→» Sardar Patel University, Pramukhswami Medical College

→» Saurashtra University, C.U. Shah Medical College

» Saurashtra University, M. P. Shah Medical College

→» Saurashtra University, Pandit Deendayal Upadhyay Medical College

→» Shivaji University, Dr Vaishampayan Memorial Medical College

→» Shivaji University, Kolhapur, Krishna Institute of Medical Sciences

→» Shivaji University, Krishna Institute of Medical Sciences

→» Shivaji University, Miraj Medical College

→» South Gujarat University, Government Medical College

→» Sri Ramachandra Medical College and Research Institute

→» Sri Venkatesvara University Medical College

→» Sri Venkatesvara University, Kurnool Medical College

→» Swami Ramanand Teerth University, Maharashtra Institute Medical Sciences

→» Tamil Nadu Dr. M.G.R. Medical University, Kilpauk Medical College

→» University of Allahabad, M, L. N. Medical College

→» University of Bombay, Goa Medical College

→» University of Bombay, Grant Medical College

→» University of Bombay, L. T. Municipal Medical College

→» University of Bombay, Seth G. S. Medical College

» University of Bombay, Topiwala National Medical College

→» University of Calcutta Medical College

→» University of Calcutta, N. R. S. Medical College

→» University of Calcutta, National Medical College

→» University of Calcutta, R. G. Kar Medical College

→» University of Calicut, Trichur Medical College

→» University of Delhi, College of Medical Sciences

→» University of Delhi, Lady Hardinge Medical College

→» University of Delhi, Maulana Azad Medical College

→» University of Delhi, University College of Medical Sciences and GTB Hospital

→» University of Health Sciences Vijayawada, Gandhi Medical College

→» University of Health Sciences Vijayawada, Osmania Medical College

→» University of Health Sciences, Vijayawada, Andhra Medical College

→» University of Health Sciences, Vijayawada, Andhra Pradesh, Kurnool Medical College

→» University of Health Sciences, Vijayawada, Deccan College of Medical Sciences

**ASMB 58**

-» University of Health Sciences, Vijayawada, Guntur Medical College

-» University of Health Sciences, Vijayawada, Kakatiya Medical College

-» University of Health Sciences, Vijayawada, Siddhartha Medical College

-» University of Kerala Medical College

-» University of Kerala, Kottayam Medical College

-» University of Kerala, T. D. Medical College

-» University of Lucknow, K. G. Medical College

-» University of Madras Medical College

-» University of Madras, Chingleput Medical College

-» University of Madras, Christian Medical College

-» University of Madras, Jawaharlal Institute

-» University of Madras, Kilpauk Medical College

-» University of Madras, Madras Medical College

-» University of Madras, Stanley Medical College

-» University of Madras, Thanjavur Medical College

-» University of Mumbai, Dr D. Y. Patil Medical College

-» University of Mumbai, Grant Medical College

-» University of Mumbai, K. J. Somaiya Medical College

-» University of Mumbai, Lokmanya Tilak Municipal Medical College

-» University of Mumbai, Mahatma Gandhi Mission's Medical College

-» University of Mumbai, Seth G. S. Medical College

-» University of Mumbai, Terna Medical College

-» University of Mumbai, Topiwala National Medical College

-» University of Mysore, J. S. S. Medical College

-» University of Poona, Pravara Rural Hospital and Medical College

-» University of Pune, Armed Forces Medical College

-» University of Pune, B. J. Medical College

-» University of Pune, Bharati Vidyapeeth's Medical College

-» University of Rajasthan, Dr. S. N. Medical College

-» University of Rajasthan, J. Nehru Medical College

-» University of Rajasthan, R. N. T. Medical College

-» University of Rajasthan, S. M. S. Medical College

-» University of Rajasthan, Sardar Patel Medical College

-» Utkal University, S. C. B. Medical College

-» Veer Narmad South Gujarat University, Surat Municipal Institute of Medical Education

-» Vijayawada University of Health Sciences S. V. Medical College

**ASMB 59**

**Indonesia**

- » Catholic University of Indonesia Atma Jaya
- » Udayana University Faculty of Medicine
- » University of Airlangga Faculty of Medicine
- » University of Brawijaya Faculty of Medicine
- » University of Diponegoro Faculty of Medicine
- » University of Gadjah Mada Sekip Faculty of Medicine
- » University of Hasanuddin Faculty of Medicine
- » University of Indonesia Faculty of Medicine
- » University of North Sumatra Faculty of Medicine
- » University of Sam Ratulangi Faculty of Medicine
- » University of Sriwijaya Faculty of Medicine

**Islamic Republic of Iran**

- » Ahwaz Medical School, Ahwaz University of Medical Sciences
- » Arak University of Medical Sciences and Health Services
- » Ayatollah Taleghani Medical Centre
- » Babol University of Medical Sciences and Health Services
- » Bandar Abbas University of Medical Sciences and Health Services
- » Birjand University of Medical Sciences and Health Services
- » Bu Ali Sina University School of Medicine
- » Fatemieh University of Medical Sciences
- » Ghazvin University of Medical Sciences and Health Services
- » Gorgan University of Medical Sciences and Health Services
- » Guilan University of Medical Sciences
- » Hamadan University of Medical Sciences and Health Services
- » Hormozgan University of Medical Sciences
- » Iran Medical Centre AKA Iran University of Medical Sciences
- » Isfahan University of Medical Sciences and Health Services
- » Islamic Azad University School of Medicine, Mashhad Branch
- » Islamic Azad University, Ali Ben Abitalib Medical College
- » Islamic Azad University, Najaf Abad Medical Facility
- » Islamic Azad University, Tabriz Medical Unit
- » Islamic Azad University, Teheran Medical Unit
- » Jahrom Faculty of Medical Sciences and Health Services

**ASMB 60**

- » Kashan University of Medical Sciences and Health Services

- » Kerman University of Medical Sciences and Health Services

- » Kermanshah University of Medical Sciences and Health Services

- » Mashhad University of Medical Sciences AKA Ferdowsi University

- » Mazandaran University of Medical Sciences and Health Services

- » National University of Iran Faculty of Medicine

- » Oromieh University School of Medicine

- » School of Medical Sciences

- » Semnan University of Medical Sciences and Health Services

- » Shahed University Faculty of Medicine

- » Shahid Bahonar University School of Medicine

- » Shahid Beheshti University of Medical Sciences

- » Shahid Chamran University AKA Jundi Shapur University

- » Shahr-e-Kord University of Medical Sciences and Health Services

- » Shiraz University Faculty of Medicine AKA Pahlavi University

- » Tabriz University Faculty of Medicine

- » Tehran University of Medical Sciences and Health Services

- » West Azerbaijan University of Medical Sciences

- » Yazd Medical Centre

- » Zahedan University of Medical Sciences and Health Services

- » Zanjan University of Medical Sciences and Health Services

**Iraq**

- » Dohuk College of Medicine

- » Saddam University Saddam College of Medicine

- » University of Al-Mustansiriyah College of Medicine

- » University of Al-Mustansiriyah Kufa College

- » University of Baghdad College of Medicine

- » University of Basra College of Medicine

- » University of Mosul College of Medicine

- » University of Salahadin, Salahadin Medical School

**Ireland**

- » National University of Ireland University College at Cork

- » National University of Ireland University College at Dublin

- » National University of Ireland University College at Galway

**ASMB 61**

» Queen's University of Belfast Faculty of Medicine

» Royal College of Surgeons in Ireland Medical School

» University of Dublin Trinity College School of Physic

**Israel**

» Ben Gurion University of the Negrev-Irving and Joyce Goldman School of Med

» Ben Gurion University of the Negrev-Program in International Health and Medicine

» Technion-Israel Institute of Technology Faculty of Medicine

» Tel Aviv University, Sackler School of Medicine

» The Hebrew University, Hadassah Medical School

**Italy**

» Catholic University of the Sacred Heart Faculty of Medicine

» Free University of Gabriele D'Annunzio Faculty of Medicine

» University Dell'Aquila Faculty of Medicine and Surgery

» University of Ancona Faculty of Medicine and Surgery

» University of Bari Faculty of Medicine and Surgery

» University of Bologna Faculty of Medicine and Surgery

» University of Brescia Faculty of Medicine and Surgery

» University of Cagliari Faculty of Medicine and Surgery

» University of Catania Faculty of Medicine and Surgery

» University of Ferrara Faculty of Medicine and Surgery

» University of Florence Faculty of Medicine and Surgery

» University of Genoa Faculty of Medicine and Surgery

» University of Messina Faculty of Medicine and Surgery

» University of Milan Faculty of Medicine and Surgery

» University of Modena Faculty of Medicine and Surgery

» University of Naples Faculty of Medicine and Surgery

» University of Naples II Faculty of Medicine and Surgery

» University of Padua Faculty of Medicine and Surgery

» University of Palermo Faculty of Medicine and Surgery

» University of Parma Faculty of Medicine and Surgery

» University of Pavia Faculty of Medicine and Surgery

» University of Perugia Faculty of Medicine and Surgery

» University of Pisa Faculty of Medicine and Surgery

» University of Rome-La Sapienza Faculty of Medicine

**ASMB 62**

·» University of Rome-Tor Vergata Faculty of Medicine

-» University of Sassari Faculty of Medicine and Surgery

·» University of Siena Faculty of Medicine and Surgery

-» University of Trieste Faculty of Medicine and Surgery

-» University of Turin Faculty of Medicine and Surgery

-» University of Verona Faculty of Medicine and Surgery

**Ivory Coast**

-» University of Abidjan Faculty of Medicine

Back to Top

**Jamaica**

-» University of the West Indies Faculty of Medical Sciences

**Japan**

-» Akita University School of Medicine

-» Asahikawa Medical College

-» Chiba University School of Medicine

-» Dokkyo University School of Medicine

-» Fukui Medical College

-» Fukushima Imperial Medical College

-» Gifu University School of Medicine

-» Gumma Medical College AKA Gunma University School of Medicine

-» Hirosaki University School of Medicine

-» Hiroshima University School of Medicine

-» Hokkaido University School of Medicine

-» Jichi Medical University

-» Juntendo University School of Medicine

-» Kagawa Medical University

-» Kanazawa Medical College

-» Kanazawa University School of Medicine

-» Keio Gijuku University School of Medicine

-» Kinki University School of Medicine

-» Kitasato University School of Medicine

-» Kobe University School of Medicine

**ASMB 63**

- » Kochi Medical School

- » Kumamoto University School of Medicine

- » Kurume University School of Medicine

- » Kyoto Prefectural University of Medicine

- » Kyoto University School of Medicine

- » Kyushu University School of Medicine

- » Mie University School of Medicine

- » Miyazaki Medical College

- » Nagasaki University School of Medicine

- » Nagoya University School of Medicine

- » Nara Medical University

- » Nihon Medical College

- » Niigata University School of Medicine

- » Nippon Medical College

- » Okayama University School of Medicine

- » Osaka City University

- » Osaka University School of Medicine

- » Ryukyu University School of Medicine AKA Okinawa Medical Institute

- » Saitama University School of Medicine

- » Sangyo University of Occupational and Environmental Health

- » Sapporo Medical College

- » Shimane Medical University

- » Shinshu University School of Medicine

- » Showa University School of Medicine

- » Shiga University of Medical Science

- » St Marianna Medical College

- » Teikyo University School of Medicine

- » Toho University Schoool of Medicine AKA Teikoku Womens Medical College

- » Tohoku University School of Medicine

- » Tokai University School of Medicine

- » Tokushima University School of Medicine

- » Tokyo Jikei Medical College

- » Tokyo Joshi Medical College

- » Tokyo Medical and Dental University

- » Tokyo Medical College

- » Tokyo Special Medical College

**ASMB 64**

- » Tokyo University School of Medicine

- » Tokyo Women's Medical College

- » Tottori University School of Medicine

- » Toyama Medical and Pharmaceutical University Faculty of Medicine

- » University of Tsukuba School of Medicine

- » Wakayama Prefectural Medical College

- » Yamanashi Medical College

- » Yokohama City University School of Medicine

### Jordan

- » Faculty of Medicine, Jordan University of Science and Technology

- » University of Jordan Faculty of Medicine

Back to Top

### Kazakhstan

- » Kazakh National Medical University Named After S. Asfendiarov

### Kenya

- » University of Nairobi College of Health Sciences

### Republic of Korea

- » Ajou University School of Medicine

- » Catholic Medical College

- » Catholic University of Daegu

- » Chonnam National University College of Medicine

- » Chonbuk National University College of Medicine

- » Chosun University College of Medicine

- » Chungang University College of Medicine

- » Chungbuk National University College of Medicine

- » Chungnam National University College of Medicine

- » Dong-A University College of Medicine

- » Eulji University, College of Medicine

- » Ewha Women's University College of Medicine

- » Gyeongsang National University College of Medicine

- » Hallym University Faculty of Medicine

**ASMB 65**

» Hanyang University College of Medicine

» In-Je College School of Medicine

» Keimyung University College of Medicine

» Korea University College of Medicine

» Kosin Medical College

» Kyunghee University College of Medicine

» Kyungpook National University College of Medicine

» Pusan National University College of Medicine

» Seoul National University College of Medicine

» Soonchunhyang University College of Medicine

» University of Ulsan College of Medicine

» Wonkwang University School of Medicine

» Yeungnam University College of Medicine

» Yonsei University College of Medicine

» Yonsei University Wonju Medical College

**Kuwait**

» Kuwait University Faculty of Medicine

Back to Top

**Kyrgyzstan**

» Kyrgyz State Medical Academy

Back to Top

**Latvia**

» Riga Stradins University

**Lebanon**

» American University of Beirut Faculty of Medicine

» Beirut Arab University Faculty of Medicine

» Lebanese University School of Medicine

» St Joseph's University Faculty of Medicine

» University of Balamand Faculty of Medicine and Medical Sciences

**Liberia**

**ASMB 66**

→» University of Liberia, A. M. Dogliotti College of Medicine

**Libyan Arab Jamahiriya**

→» Al Arab Medical University Faculty of Medicine

→» Garyounis University Faculty of Medicine

→» University of Al Fateh Faculty of Medicine

**Lithuania**

→» Kaunas Medical University

Back to Top

**Macedonia**

→» SS. Cyril and Methdius University Skopje

**Madagascar**

→» University of Madagascar Faculty of Medicine

**Malaysia**

→» International Medical University

→» National University of Malaysia Faculty of Medicine

→» University of Malaya Faculty of Medicine

**Malta**

→» University of Malta Medical School

**Mexico**

→» Autonomous Metropolitan University of Xochimilco

→» Autonomous State University of Mexico

→» Autonomous University "Benito Juarez" of Oaxaca

» Autonomous University of Aguascalientes Biomedical Center

→» Autonomous University of Baja California Mexicali School of Medicine

» Autonomous University of Baja California Tijuana School of Medicine

→» Autonomous University of Chiapas School of Medicine

→» Autonomous University of Chihuahua Faculty of Medicine

→» Autonomous University of Coahuila Faculty of Medicine

**ASMB 67**

-» Autonomous University of Cuidad Juarez School of Medicine

-» Autonomous University of Guadalajara Faculty of Medicine

-» Autonomous University of Guerrero School of Medicine

-» Autonomous University of Hidalgo School of Medicine

-» Autonomous University of Nayarit School of Human Medicine

-» Autonomous University of Nuevo Leon Faculty of Medicine

-» Autonomous University of Puebla School of Medicine

-» Autonomous University of San Luis Potosi Faculty of Medicine

-» Autonomous University of Sinaloa School of Medicine

» Autonomous University of Tamaulipas Faculty of Medicine

-» Autonomous University of the State of Morelos

-» Autonomous University of Zacatecas School of Medicine

-» Institute of Technical-Superior Studies of Monterrey

-» Juarez University of the State of Durango

-» Mexican-American University of the North School of Medicine

-» Michoacan University of San Nicolas of Hidalgo

-» Military Medical School

-» National Autonomous University of Mexico Faculty of Medicine

-» National Polytechnic Institute Superior School of Medicine

-» Panamerican University School of Medicine

-» Regional University of the Southeast School of Medicine

-» University of Anahuac School of Medicine

-» University of Colima School of Medicine

» University of Guadalajara Faculty of Medicine

-» University of Guanajuato Faculty of Medicine

-» University of La Salle Mexican School of Medicine

-» University of Montemorelos School of Medicine

» University of Monterrey Faculty of Medicine

-» University of the Northeast School of Medicine

» University of Veracruz Faculty of Medicine

-» University of Xochicalco Center of Studies

-» University of Yucatan Faculty of Medicine

» Valley University of the Brave

**Republic of Moldava**

-» State Medical University N Testemitanu of Republic of Moldova

**ASMB 68**

**Morocco**

-» Hassan II University Faculty of Medicine and Pharmacy

-» Mohammed V University Faculty of Medicine and Pharmacy

**Mozambique**

-» Eduardo Mondlane University Faculty of Medicine

**Myanmar**

» Institute of Medicine I

-» Institute of Medicine II

-» Mandalay Institute of Medicine

Back to Top

**Nepal**

-» B.P. Koirala Institute of Health Sciences

-» Kathmandu University, Nepal Medical College

-» Manipal College of Medical Sciences

-» Tribhuvan University Institute of Medicine

**Netherlands**

-» Erasmus University of Rotterdam Faculty of Medicine

-» Free University of Amsterdam Faculty of Medicine

-» Radboud University Nijmegen AKA Catholic University

-» University of Amsterdam Faculty of Medicine

-» University of Groningen Faculty of Medicine

-» University of Leiden Faculty of Medicine

-» University of Limburg at Maastricht Faculty of Medicine

-» University of Utrecht Faculty of Medicine

-» Vrije University, Faculty of Medicine

**Netherlands Antilles**

-» Saba University School of Medicine (coursework from 1/1/02 to present)

**New Zealand**

**ASMB 69**

-» University of Auckland School of Medicine

-» University of Otago Medical School

**Nicaragua**

-» National Autonomous University of Nicaragua Faculty of Medicine

**Nigeria**

-» Abia State University College of Medicine and Health Sciences

-» Ahmadu Bello University Faculty of Medicine

-» Bayero University Faculty of Medicine

-» Danfodiyo University College of Health Sciences

-» Nnamdi Azikiwe University College of Medical Sciences

-» Obafemi Awolowo University College of Health Sciences

-» Ogun State University Obafemi Awolowo College of Health Sciences

-» University of Benin College of Medical Sciences

-» University of Calabar College of Medical Sciences

-» University of Ibadan College of Medicine

-» University of Ife Faculty of Health Sciences

-» University of Ilorin Faculty of Health Sciences

-» University of Jos Faculty of Medical Sciences

-» University of Lagos College of Medicine

-» University of Maiduguri College of Medical Sciences

-» University of Nigeria College of Medicine

-» University of Port Harcourt College of Health Sciences

**Norway**

-» University of Bergen Medical Faculty

-» University of Oslo Medical Faculty

Back to Top

**Oman**

-» Sultan Qaboos University

Back to Top

**ASMB 70**

**Pakistan**

- » Aga Khan University, Aga Khan Medical College
- » Bahria University, Frontier Medical College
- » Bahria University, Shifa College of Medicine
- » Bahuddin Zakaria University, Nishtar Medical College
- » Baqai Medical University, Kabir Medical College
- » Fatima Jinnah Medical College for Women
- » Hamdard University College of Medicine and Dentistry
- » Islamia University, Quaid-E-Azam Medical College
- » Quaid-e-Azam University, Army Medical College
- » Riphah International University, Islamic International Medical College
- » University of Baluchistan, Bolan Medical College
- » University of Health Sciences Lahore, Rawalpindi Medical College
- » University of Karachi, Baqai Medical College
- » University of Karachi, Dow Medical College
- » University of Karachi, Sind Medical College
- » University of Peshawar, Ayub Medical College
- » University of Peshawar, Khyber Medical College
- » University of Sind, Chandka Medical College
- » University of Sind, Liaquat Medical College
- » University of Sind, Nawabshah Medical College
- » University of the Punjab, Allama Iqbal Medical College
- » University of the Punjab, King Edward Medical College
- » University of the Punjab, Nishtar Medical College
- » University of the Punjab, Punjab Medical College
- » University of the Punjab, Rawalpindi Medical College
- » Ziauddin University, Ziauddin Medical College

**Panama**

- » University of Panama Faculty of Medicine

**Papua New Guinea**

- » University of Papua New Guinea Faculty of Medicine

**Paraguay**

- » National University of Asuncion Faculty of Medical Sciences

**ASMB 71**

**Peru**

- ⇒ Catholic University of Santa Maria Faculty of Human Medicine
- ⇒ Greater National University of San Marcos Academic Program
- ⇒ National University of Federico Villareal Academic Program
- ⇒ National University of San Agustin Academic Program
- ⇒ National University of Trujillo Academic Program
- ⇒ Peruvian University of Cayetano Heredia Academic Program
- ⇒ Scientific University of the South, Faculty of Health Sciences
- ⇒ University of San Martin of Porres Faculty of Medicine

**Philippines**

- ⇒ Angeles University Foundation College of Medicine
- ⇒ Bicol Christian College of Medicine
- ⇒ Cebu Doctors College of Medicine
- ⇒ Cebu Institute of Medicine
- ⇒ Davao Medical School Foundation
- ⇒ Divine Word University College of Medicine
- ⇒ Emilio Aguinaldo College of Medicine AKA De La Salle University College of Medicine
- ⇒ Far Eastern University, Dr. Nicanor Reyes Medical Foundation
- ⇒ Fatima College of Medicine
- ⇒ Iloilo Doctors College of Medicine
- ⇒ Lyceum Northwestern, Dr. Francisco Q. Duque Medical Foundation
- ⇒ Manila Central University College of Medicine
- ⇒ Mindanao State University College of Medicine
- ⇒ Perpetual Help College of Medicine
- ⇒ Philippine Muslim-Christian College of Medicine Foundation
- ⇒ Remedios T. Romualdez Medical Foundation
- ⇒ Southwestern University, Matias H. Aznar Memorial College of Medicine
- ⇒ St. Louis University College of Medicine
- ⇒ University of Santo Tomas Faculty of Medicine and Surgery
- ⇒ University of the City of Manila College of Medicine
- ⇒ University of the East, Ramon Magsaysay Memorial Medical Center
- ⇒ University of the Philippines College of Medicine
- ⇒ University of the Visayas, Gullas College of Medicine
- ⇒ Virgen Milagrosa Educational Institution

**ASMB 72**



·» West Visayas State College School of Medicine

·» William H. Quasha Memorial St. Luke's College of Medicine

·» Xavier University Dr. Jose P, Rizal College of Medicine

**Poland**

·» Academy of Medicine of Bydgoszcz

·» Jagiellonian University Medical College (includes English program)

·» Karol Marcinkowski University of Medical Sciences in Poznan Faculty II

·» Medical Academy of Danzig AKA Medical Academy of Gdansk

·» Medical Academy of Juliana Marchlewski in Bialystok

·» Medical Academy of Lodz

·» Medical Academy of Lublin

·» Medical Academy of Mikolaja Kopernika of Krakow

·» Medical Academy of Poznan Faculty I

·» Medical Academy of Warsaw

·» Medical Academy of Wroclaw

·» Medical University of Lublin (English Program)

·» Pomorska Medical Academy AKA Pomeranian Academy

·» Poznan University of Medical Sciences (English Program)

» Slaska Medical Academy of Ludwika Warynski Katowice

**Portugal**

·» University of Coimbra Faculty of Medicine

·» University of Lisboa Faculty of Medicine of Lisboa

·» University of Porto Faculty of Medicine

Back to Top

**Romania**

·» "Lucian Blaga" University Faculty of Medicine "Victor Papilian"

·» Faculty of Medicine in Craiova

·» Institute of Medicine and Pharmacy in Bucharest

·» Institute of Medicine and Pharmacy in Cluj-Napoca

·» Institute of Medicine and Pharmacy in Iasi AKA Grigore T. Popa

·» Institute of Medicine and Pharmacy in Tirgu-Mures

·» Institute of Medicine in Timisoara

**ASMB 73**

- » University of Medicine and Pharmacy 'Carol Davila'
- » University of Medicine and Pharmacy 'Iuliu Hatieganu'
- » University of Medicine and Pharmacy Victor Babes
- » University of Oradea Faculty of Medicine

**Russian Federation**

- » "Aieti" Highest Medical School
- » Alma-Ata Medical Institute
- » Altaj Medical Institute
- » Amur State Medical Academy
- » Andizan Medical Institute of M. I. Kalinina
- » Arhangelsk Medical Institute
- » Astrahan Medical Institute
- » Azerbajdzan Medical Institute of N. Narimanova
- » Baskirian State Medical University
- » Celinograd Medical Institute
- » Celjabinsk Medical Institute
- » Central Asian Medical Pediatric Institute
- » Cernovick Medical Institute
- » Chuvash State University Medical Faculty
- » Cita Medical Institute
- » Crimean Medical Institute
- » Dagestan State Medical Academy
- » Dnepropetrovsk Medical Institute
- » Doneck Medical Institute
- » First Leningrad Medical Institute of I. P. Pavlova
- » Grodnen Medical Institute
- » Habarov State Medical Institute
- » Irkutsk Medical Institute
- » Ivano-Frankovsk Medical Institute
- » Ivanovo Medical Institute of A. S. Bubnova
- » Jaroslav Medical Institute
- » Kabardino-Balkarsky University Faculty of Medicine
- » Kalinin State Medical Institute AKA Tver State Medical Academy
- » Karaganda Medical Institute
- » Kaunas Medical Institute

**ASMB 74**

- Kazan Medical Institute of S. V. Kurasova
- Kemerovo Medical Institute
- Kharkov State Medical University AKA Har'kov Medical Institute
- Kiev Medical Institute AKA Ukrainian State Medical University
- Kirgiz Medical Institute
- Kisinev Medical Institute
- Krasnojarsk Medical Institute
- Kuban State Medical Academy
- Kujbisev Medical Institute AKA Samara State Medical University
- Kursk Medical Institute
- Leningrad Pediatric Medical Institute
- Leningrad Sanitary-Hygienic Medical Institute
- Lugansk State Medical University
- L'vov Medical Institute
- Medical Institute of Aktjubinsk
- Military Medical Academy
- Minsk Medical Institute
- Mordovsk University Faculty of Medicine
- Moscow Medical Academy I. M. Sechenov First Moscow Medical Institute
- Moscow Medical Stomatological Institute
- Nizegorod State Medical Academy
- Nizny Novgorod State Medical Academy AKA Gor'kov State Medical Institute
- Novosibirsk Medical Institute
- O. O. Bogomolets National Medical University
- Odessa Medical Institute of N. I. Pirogova
- Omsk Medical Institute of M. I. Kalinina
- Orenburg Medical Institute
- Perm State Medical Academy
- Petrozavodsk University Faculty of Medicine
- Poltava Medical Stomatological Institute
- Riga Medical Institute
- Rjazan State Medical University
- Rostov State Medical University
- Russian "People's Friendship" University AKA P. Lumumby
- Russian State Medical University
- Saint Petersburg State Medical Academy

**ASMB 75**

» Saint Petersburg State I. P. Pavlov Medical University

» Saint Petersburg State Pediatric Medical Academy

» Samarkand Medical Institute of I. P. Pavlova

» Saratov State Medical Institute

» Second Moscow N.I. Pirogov State Medical Institute

» Semipalatinsk Medical Institute

» Severo-Osetinsk Med Institute AKA North Osetian State Medical Academy

» Siberian Medical University

» Smolensk Medical Institute

» Stavropol Medical Institute

» Sverdlovsk Medical Institute

» Tadzhik Medical Institute

» Tartu University Faculty of Medicine

» Taskent Medical Institute

» Tbilisi Medical Institute

» Ternopol Medical Institute

» Tjumen State Medical Academy

» Tomsk Institute of Medicine

» Turkmen Medical Institute

» Ural State Medical Academy

» Ustinov Medical Institute AKA Izhevsk Medical Institute

» Uzgorod University Faculty of Medicine

» Vilniaus University Faculty of Medicine

» Vinnica Medical Institute of N. I. Pirogova

» Vitebsk Medical Institute

» Vladivostok Medical Institute

» Volgograd Medical Institute

» Voronez Medical Institute of N. N. Burdenko

» Vorosilovograd Medical Institute

» Zaporoz Medical Institute

**Rwanda**

» National University of Rwanda Faculty of Medicine

Back to Top

**ASMB 76**

**Saudi Arabia**

- » King Abdul Aziz University College of Medicine
- » King Faisal University College of Medicine
- » King Saud University College of Medicine

**Scotland**

- » University of Aberdeen Faculty of Medicine
- » University of Dundee Faculty of Medicine and Dentistry
- » University of Edinburgh Medical School
- » University of Glasgow Faculty of Medicine
- » University of St. Andrews The Medical School

**Singapore**

- » National University of Singapore Faculty of Medicine

**Sint Maarten**

- » American University of the Caribbean School of Medicine

**Slovakia**

- » Komensky University Faculty of Medicine Bratislava
- » Komensky University Faculty of Medicine Martin
- » P. J. Safarika University Faculty of Medicine

**Slovenia**

- » University of Ljubljani

**Somalia**

- » National University of Somalia Faculty of Medicine

**South Africa**

- » Faculty of Health Sciences of the University of the Witwatersrand
- » University of Cape Town Faculty of Medicine
- » University of Natal Faculty of Medicine
- » University of Pretoria Faculty of Medicine
- » University of Stellenbosch Faculty of Medicine
- » University of the Orange Free State

**ASMB 77**

» University of Transkei Faculty of Medicine

## Spain

-» Autonomous University of Barcelona Faculty of Medicine

-» Autonomous University of Madrid Faculty of Medicine

-» Complutense University of Madrid Faculty of Medicine

» University of Alcala de Henares Faculty of Medicine

-» University of Barcelona Faculty of Medicine

-» University of Cadiz Faculty of Medicine

» University of Cantabria Faculty of Medicine

-» University of Cordoba Faculty of Medicine

» University of Extremadura Faculty of Medicine

-» University of Granada Faculty of Medicine

» University of La Laguna Faculty of Medicine

-» University of Malaga Faculty of Medicine

» University of Navarre Faculty of Medicine

-» University of Oviedo Faculty of Medicine

-» University of Pais Vasco Faculty of Medicine

-» University of Rovira I. Virgili Faculty of Medicine and Health Sciences

-» University of Salamanca Faculty of Medicine

-» University of Santander Faculty of Medicine

» University of Santiago Faculty of Medicine

-» University of Seville Faculty of Medicine

-» University of Valencia Faculty of Medicine

-» University of Valladolid Faculty of Medicine

-» University of Zaragoza Faculty of Medicine

## Sri Lanka

-» North Colombo Private Medical College

-» University of Colombo Faculty of Medicine

-» University of Jaffna Faculty of Medicine

-» University of Kelaniya Faculty of Medicine

-» University of Peradeniya Faculty of Medicine

-» University of Ruhana Faculty of Medicine

-» University of Sri Jayewardenepura Faculty of Medical Sciences

## ASMB 78

**Sudan**

- » Ahfad University for Women School of Medicine
- » University of Juba College of Medicine
- » University of Khartoum Faculty of Medicine

**Suriname**

- » University of Suriname Faculty of Medical Sciences

**Sweden**

- » Karolinska Institute Faculty of Medicine
- » University of Goteborg Faculty of Medicine
- » University of Linkoping Faculty of Medicine
- » University of Lund Faculty of Medicine
- » University of Umea Faculty of Medicine
- » University of Uppsala Faculty of Medicine

**Switzerland**

- » University Medical Center of Geneva Faculty of Medicine
- » University of Basel Faculty of Mecicine
- » University of Bern Faculty of Medicine
- » University of Lausanne Faculty of Medicine
- » University of Zurich Faculty of Medicine

**Syrian Arab Republic**

- » University of Aleppo Faculty of Medicine
- » University of Damascus Faculty of Medicine
- » University of Tichreen AKA University of Tehrive Faculty of Medicine

Back to Top

---

**Taiwan**

- » China Medical College
- » China Medical University
- » Chang Gung University College of Medicine
- » Chung-Shan Medical and Dental College
- » Kaohsiung Medical University

**ASMB 79**

- ∙» National Cheng Kung University College of Medicine
- ∙» National Defense Medical Center
- ∙» National Taiwan University College of Medicine
- ∙» National Yang-Ming Medical College
- ∙» Taipei Medical College

**United Republic of Tanzania**

- ∙» International Medical & Technological University
- ∙» University of Dar Es Salaam Faculty of Medicine

**Thailand**

- ∙» Chiang Mai University Faculty of Medicine
- ∙» Chulalongkorn University Faculty of Medicine
- ∙» Khon Kaen University Faculty of Medicine
- ∙» Mahidol University Ramathibodi Hospital Faculty of Medicine
- ∙» Mahidol University Siriraj Hospital Faculty of Medicine
- ∙» Pramongkutklao College of Medicine
- ∙» Prince of Songkla University Faculty of Medicine
- ∙» Srinakharinwirot University Faculty of Medicine
- ∙» Thammasat University Faculty of Medicine

**Togo**

- ∙» University of Benin Faculty of Medicine

**Trinidad and Tobago**

- ∙» University of the West Indies-Faculty of Medicine St Augustine

**Tunisia**

- ∙» Faculty of Medicine of "Ibn El Jazzar" de Sousse
- ∙» Faculty of Medicine of Monastir
- ∙» Faculty of Medicine of Sfax
- ∙» Faculty of Medicine of Tunis

**Turkey**

- ∙» Anadolu University AKA University of Osmangazi Medical School
- ∙» Cukurova University Faculty of Medicine

**ASMB 80**

- » Gazi University Faculty of Medicine
- » Hacettepe University Faculty of Medicine
- » Trakya University Faculty of Medicine
- » University of Ankara Faculty of Medicine
- » University of Dokuz Eylul Faculty of Medicine
- » University of Ege Faculty of Medicine
- » University of Istanbul Cerrahpasa Faculty of Medicine
- » University of Istanbul Faculty of Medicine
- » University of Marmara Faculty of Medicine
- » University of Ondokuzmayis Faculty of Medicine
- » University of Uludag Faculty of Medicine

Back to Top

---

**Uganda**

- » Makerere University Medical School

**Ukraine**

- » Crimean Medical Institute
- » Kharkov Medical University
- » Danylo Halytsky Lviv State Medical University

**United Arab Emirates**

- » Dubai Medical College for Girls
- » United Arab Emirates University Faculty of Medicine and Health Sciences

**United States**

- » Albany Medical College of Union University
- » Albert Einstein College of Medicine of Yeshiva University
- » Allegheny University of the Health Sciences - MCP Hahnemann
- » Baylor College of Medicine
- » Boston University School of Medicine
- » Bowman Gray School of Medicine of Wake Forest University
- » Brown University Program in Medicine
- » Case Western Reserve University School of Medicine
- » Central University of the Caribbean School of Medicine

**ASMB 81**

- Columbia University College of Physicians and Surgeons
- Cornell University Medical College
- Creighton University School of Medicine
- Dartmouth Medical School
- Drexel University College of Medicine
- Duke University School of Medicine
- East Carolina University School of Medicine
- East Tennessee State University College of Medicine
- Eastern Virginia Medical School
- Emory University School of Medicine
- Florida State University College of Medicine
- George Washington University School of Medicine
- Georgetown University School of Medicine
- Hahnemann University School of Medicine
- Harvard Medical School
- Howard University College of Medicine
- Indiana University School of Medicine
- Jefferson Medical College of Thomas Jefferson University
- Johns Hopkins University School of Medicine
- Loma Linda University School of Medicine
- Louisiana State University School of Medicine in New Orleans
- Louisiana State University School of Medicine in Shreveport
- Loyola University of Chicago Stritch School of Medicine
- Marshall University School of Medicine
- Mayo Medical School
- Medical College of Georgia
- Medical College of Ohio
- Medical College of Pennsylvania
- Medical College of Wisconsin
- Medical University of South Carolina College of Medicine
- Meharry Medical College School of Medicine
- Mercer University School of Medicine
- Michigan State University College of Human Medicine
- Morehouse School of Medicine
- Mount Sinai School of Medicine of New York University
- New York Medical College

**ASMB 82**

- ⇒ New York University School of Medicine
- ⇒ Northeastern Ohio Universities College of Medicine
- ⇒ Northwestern University Medical School
- ⇒ Ohio State University College of Medicine
- ⇒ Oral Roberts University School of Medicine
- ⇒ Oregon Health Sciences University School of Medicine
- ⇒ Pennsylvania State University College of Medicine
- ⇒ Ponce School of Medicine
- ⇒ Rosalind Franklin University, The Chicago Medical School
- ⇒ Rush Medical College of Rush University
- ⇒ Saint Louis University School of Medicine
- ⇒ Southern Illinois University School of Medicine
- ⇒ Stanford University School of Medicine
- ⇒ State University of New York at Buffalo School of Medicine
- ⇒ State University of New York at Stony Brook Health Sciences Center
- ⇒ State University of New York Health Science Center at Brooklyn
- ⇒ State University of New York Health Science Center at Syracuse
- ⇒ Temple University School of Medicine
- ⇒ Texas A & M University College of Medicine
- ⇒ Texas Tech University School of Medicine
- ⇒ Tufts University School of Medicine
- ⇒ Tulane University School of Medicine
- ⇒ UMDNJ New Jersey Medical School
- ⇒ UMDNJ Robert Wood Johnson Medical School
- ⇒ Uniformed Services University of The Health Sciences
- ⇒ University of Alabama School of Medicine
- ⇒ University of Arizona College of Medicine
- ⇒ University of Arkansas College of Medicine
- ⇒ University of California Davis School of Medicine
- ⇒ University of California Irvine College of Medicine
- ⇒ University of California Los Angeles School of Medicine
- ⇒ University of California San Diego School of Medicine
- ⇒ University of California San Francisco School of Medicine
- ⇒ University of Chicago Pritzker School of Medicine
- ⇒ University of Cincinnati College of Medicine
- ⇒ University of Colorado School of Medicine

**ASMB 83**

- » University of Connecticut School of Medicine
- » University of Florida College of Medicine
- » University of Hawaii School of Medicine
- » University of Illinois College of Medicine
- » University of Iowa College of Medicine
- » University of Kansas School of Medicine
- » University of Kentucky College of Medicine
- » University of Louisville School of Medicine
- » University of Maryland School of Medicine
- » University of Massachusetts Medical School
- » University of Miami School of Medicine
- » University of Michigan Medical School
- » University of Minnesota Medical School
- » University of Minnesota-Duluth School of Medicine
- » University of Mississippi School of Medicine
- » University of Missouri-Columbia School of Medicine
- » University of Missouri-Kansas City School of Medicine
- » University of Nebraska College of Medicine
- » University of Nevada School of Medicine
- » University of New Mexico School of Medicine
- » University of North Carolina at Chapel Hill
- » University of North Dakota School of Medicine
- » University of Oklahoma College of Medicine
- » University of Pennsylvania School of Medicine
- » University of Pittsburgh School of Medicine
- » University of Puerto Rico School of Medicine
- » University of Rochester School of Medicine
- » University of South Alabama College of Medicine
- » University of South Carolina School of Medicine
- » University of South Dakota School of Medicine
- » University of South Florida College of Medicine
- » University of Southern California Keck School of Medicine
- » University of Tennessee College of Medicine
- » University of Texas Medical Branch at Galveston
- » University of Texas Medical School at Houston
- » University of Texas Medical School at San Antonio

**ASMB 84**

≫ University of Texas Southwestern Medical School at Dallas

≫ University of Utah School of Medicine

≫ University of Vermont College of Medicine

≫ University of Virginia School of Medicine

≫ University of Washington School of Medicine

≫ University of Wisconsin Medical School

≫ Vanderbilt University School of Medicine

≫ Virginia Commonwealth University Medical College of Virginia

≫ Washington University School of Medicine

≫ Wayne State University School of Medicine

≫ West Virginia University School of Medicine

≫ Woman's Medical College of Pennsylvania

≫ Wright State University School of Medicine

≫ Yale University School of Medicine

**Uruguay**

≫ University of the Republic Faculty of Medicine

**Uzbekistan**

≫ First Tashkent State Medical Institute

Back to Top

**Venezuela**

≫ Central University of Venezuela School of Medicine

≫ Occidental University Center Lisandro Alvarado

≫ University of Caraboba Faculty of Health Sciences

≫ University of the Andes School of Medicine

≫ University of the Orient School of Medicine

≫ University of Zulia School of Medicine

**Viet Nam**

≫ Hanoi Medical School

≫ Hue Medical School

≫ Medical and Pharmaceutical University of Ho Chi Minh City

≫ University Center of Health Professionals of Ho Chi Minh City

**ASMB 85**

» University of Saigon Faculty of Medicine

Back to Top

**Wales**

» University of Wales College of Medicine

Back to Top

**Yugoslavia**

» University of Belgrade Faculty of Medicine

» University of Nis Faculty of Medicine

» University of Novi Sad Faculty of Medicine

» University of Pristina Faculty of Medicine

Back to Top

**Zambia**

» University of Zambia School of Medicine

**Zimbabwe**

» University of Zimbabwe Godfrey Huggins School of Medicine

This web site contains PDF documents that require the most current version of Adobe Reader to view. To download click on the icon below.



Conditions of Use | Privacy Policy

Copyright © 2007 State of California



**ASMB 86**

# EXHIBIT P



STATE OF CALIFORNIA

**DEPARTMENT OF CONSUMER AFFAIRS**

STATE AND CONSUMER SERVICES AGENCY • ARNOLD SCHWARZENEGGER GOVERNOR

**DIVISION OF LEGAL AFFAIRS**
1625 N. Market Blvd. Ste., S-309, Sacramento, CA 95834
P (916) 574-8220 F (916) 574-8623 www.dca.ca.gov



February 24, 2010

John Perkins, Esq.
Shults Brown & Perkins
1600 West Capitol Avenue, Suite 1600
Little Rock, AR 72201-3637

> RE: Update on Compliance with the Civil Subpoena Issued in the Matter of *American University of Antigua College of Medicine, et al. v. Arkansas State Medical Board, et. al;* In the United States District Court, E.D. Ark, Western Division, Case Number 4:09-CV-306 SWW

Dear Mr. Perkins:

This letter provides you with an update on the Medical Board of California's (Board) efforts to comply with the above-referenced subpoena. The Board has previously dispatched two categories of documents to you, as follows: 1) The contents of the Board's rulemaking files related to section 1314.1 of title 16 of the California Code of Regulations; and 2) Minutes, staff memoranda, and agendas associated with 2002-2004 Board discussions and deliberations regarding the approval or disapproval of a particular international medical school.

At this time, pending resolution of the matter specified below, the Board will focus its search efforts in its chronological and executive branch files for correspondence and communications with the entities enumerated in items 1-4 as well as item 8 of Schedule A of the subpoena as well as pre-2002 and post-2004 agendas, minutes and staff memoranda. I will keep you apprised of the Board's efforts in this regard.

Of greater concern is compliance with items 5 and 6 of Schedule A, in which you seek all documents reviewed or considered from January 1, 1989, through the present by the Board in determining to include each of the medical schools on an approved or disapproved list. The enclosed photograph (Enclosure Number 1) illustrates that the Board has located twenty-three boxes that may contain responsive records. As the person who moved these boxes from the file room, I can assure you that these boxes are not empty.

Additionally, two photographs (Enclosures Number 2 and 3) illustrate the type of record stored and the manner of storage: a thick, three-ring binder of supporting information (picked at random out of a box) supplied by the medical school seeking approval and replete with several tabbed sections. As you might surmise, analyzing these boxes and the contents therein to determine if any records are responsive and any privilege applies and then duplicating the appropriate records will be extraordinarily burdensome.



In light of the weight of this task, the continuing staff furloughs, and the substantial efforts to reduce an ongoing licensing backlog, the Board must renew its objections to compliance with the subpoena, as set forth in my January 19, 2010, correspondence. However, as indicated before, the Board seeks resolution of this issue.

It is my understanding that after talking to Deputy Attorney General Mara Faust, you have withdrawn item 10 of Schedule A insofar as it pertains to the examination of each international medical school licensee's file. Could you please confirm my understanding?

The Board awaits your response.

Sincerely,

DOREATHEA JOHNSON
Deputy Director, Legal Affairs

By KURT HEPPLER
Senior Staff Counsel

Enclosures

Cc:     Anita Scuri, Supervising Counsel, Department of Consumer Affairs
        Linda Whitney, Interim Executive Director, Medical Board of California
        Mara Faust, Deputy Attorney General, Office of the Attorney General

Enclosures – (3) Color Photographs



# SABA UNIVERSITY
# SCHOOL OF MEDICINE



# EXHIBIT BOOK #2

THE MEDICAL BOARD OF CALIFORNIA'S MEDICAL SCHOOL
QUESTIONNAIRE

October 2001







# EXHIBIT Q

# SHULTS, BROWN & PERKINS, LLP

Attorneys at Law
200 West Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201-3637
Telephone (501) 375-2301  Facsimile (501) 375-6861
www.shultslaw.com

March 5, 2010

## VIA FACSMILE AND REGULAR MAIL

Mr. Kurt Heppler
Senior Staff Counsel
Division of Legal Affairs
1625 N. Market Blvd., Suite S-309
Sacramento, CA 95834

> Re: *American University of Antigua College of Medicine, et al. v.*
> *Arkansas State Medical Board, et al.*
> In the United States District Court, E.D. Ark., Western Division
> Case No. 4:09-CV-306 SWW

Dear Mr. Heppler:

I am writing in response to your February 24, 2010, letter expressing objections to items 5 and 6 of Schedule A to American University of Antigua College of Medicine's ("AUA") subpoena to the Medical Board of California. As a way of compromise, AUA is willing to forego production of documents regarding certain disapproved medical schools, namely:

- CETEC University, Santo Domingo;
- CIFAS University, Santo Domingo;
- UTESA University, Santo Domingo;
- Spartan Health Sciences University, St. Lucia; and
- Kigezi International School of Medicine, Cambridge, England and Uganda

Please inform me whether this serves to relieve enough of the burden in complying with items 5 and 6 of the subpoena to allow production, and if so, the time frame the Board could produce responsive documents. Also, please inform me of the time frame the Board expects to produce correspondence in response to items 1-4 and 8 of the subpoena, and responsive pre-2002 and post-2004 agendas, minutes and staff memoranda.

Further, as inquired in your letter, this confirms that we are foregoing the review of individual international medical school graduate files in complying with item 10 of the subpoena.

Mr. Kurt Heppler
March 5, 2010
Page 2

I look forward to hearing from you.

Sincerely,

SHULTS, BROWN & PERKINS, LLP

By
John P. Perkins, III

JPP:aes

cc:  Ms. Mara Faust (via regular mail)

# EXHIBIT R





STATE AND CONSUMER SERVICES AGENCY • ARNOLD SCHWARZENEGGER GOVERNOR
**DIVISION OF LEGAL AFFAIRS**
1625 N. Market Blvd. Ste., S-309, Sacramento, CA 95834
P (916) 574-8220 F (916) 574-8623 www.dca.ca.gov

March 25, 2010

John Perkins, Esq.
Shults Brown & Perkins LLP
200 West Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201

> RE: Update on Compliance with the Civil Subpoena Issued in the Matter of *American University of Antigua College of Medicine, et al. v. Arkansas State Medical Board, et. al;* In the United States District Court, E.D. Ark, Western Division, Case Number 4:09-CV-306 SWW

Dear Mr. Perkins:

This letter both responds to your correspondence of March 5, 2010 and provides you with an update of the Medical Board of California's (Board) efforts at compliance with subpoena. The Board is cognizant of the April 30, 2010 discovery deadline imposed in your client's lawsuit against the Arkansas State Medical Board.

As required by the above-referenced subpoena, the Board has previously dispatched the contents of rulemaking files for section 1314.1 of title 16 of the California Code of Regulations, executive level correspondence, and meeting minutes, actions, and discussions relating to the recognition of international medical schools. All told, the Board has produced more than 1,000 pages of documents to you.

With the dispatch of those documents, the Board is left with the file boxes we have been discussing for some time. As I stated in the telephone call on the morning of March 22, 2010, the Board has located three more file boxes of potentially responsive records. While the Board acknowledges your modifications to the subpoena to omit disapproved international medical schools, the fact remains that the Board is faced with the unreasonable and overly burdensome task of examining and potentially duplicating several thousand pages of documents contained in twenty or so file boxes. Therefore, the Board renews its previous objections on the grounds that the production of these documents, covering some twenty years, is an unreasonable burden.

As a show of good faith, the Board dispatched correspondence between the Board and SABA University. This exchange of information was contained in one of the file boxes depicted in the photograph attached to my earlier correspondence; however, the letters and missives between SABA and the Board were not bound and therefore could be duplicated with reasonable effort.

Please be advised that the SABA boxes also contained: 1) Two large three-ring binders of exhibits (replete with tabs) supporting SABA's application; 2) Affiliation agreements; 3) A student handbook; 4) Curricula vitae for SABA staff; 5) Student handbooks; 6) Informational





JOHN PERKINS, ESQ.
March 25, 2010
Page Two

brochures; 7) Historical brochures; and; 7) SABA Policy Handbooks. Several of these
do ents are bound, which would of course require Board staff to separate the documents,
duplicate them, and reassemble. Prior to any duplication efforts, of course, the boxes and their
contents would have to be examined for any privileged material. This would be true even if
some commercial third-party were to be responsible for the duplication.

The Board has also preliminary examined the contents of Box 8, Charles University in
Prague, Czechoslovakia. This box contains historical pamphlets, annual reports, and catalogs.
These items are bound. Box 8 also contains approximately 250 pages of documents that
comprise Charles University's response to the then Division of Licensing's questionnaire as well
as 250 pages of the faculty's curricula vitae. As stated *supra*, copying the bound documents is
unreasonably burdensome and time consuming.

The above tasks are particularly burdensome given the unresolved and fluid furlough
schedule imposed on California's civil service employees, the Board's primary mission of
consumer protection through the licensing and disciplining of physicians and surgeons, and its
herculean efforts to reduce a large backlog of medical license applications. In addition, the
Board is meeting on April 29th and 30th, 2010, in Los Angeles, and substantial efforts are
underway to prepare for that meeting. Please be aware that these preparatory efforts will impact
any proposed depositions.

The Board remains committed to an amiable resolution of this matter. However, the
scope of the subpoena, even as revised, remains so broad as to be overly burdensome. Therefore,
we respectfully urge your client to reconsider the scope and breadth of the documents sought
with the understanding that the Board has limited resources to allocate to this matter. Please
contact me if you have any questions.

Sincerely,

DOREATHEA JOHNSON
Deputy Director, Legal Affairs

By KURT HEPPLER
Senior Staff Counsel

cc:     Linda Whitney, Interim Executive Director, Medical Board of California
       Mara Faust, Deputy Attorney General, Department of Justice
       Anita Scuri, Supervising Counsel, Department of Consumer Affairs

# EXHIBIT S

# SHULTS, BROWN & PERKINS, LLP

**Attorneys at Law**
200 West Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201-3637
Telephone (501) 375-2301  Facsimile (501) 375-6861
www.shultslaw.com

March 30, 2010

## VIA FACSMILE AND REGULAR MAIL

Mr. Kurt Heppler
Senior Staff Counsel
Division of Legal Affairs
1625 N. Market Blvd., Suite S-309
Sacramento, CA 95834

> Re:  *American University of Antigua College of Medicine, et al. v.*
> *Arkansas State Medical Board, et al.*
> In the United States District Court, E.D. Ark., Western Division
> Case No. 4:09-CV-306 SWW

Dear Mr. Heppler:

I am writing in response to your March 25, 2010, letter where you asserted a burdensome objection to producing documents responsive to Categories 5 and 6 of American University of Antigua's ("AUA") subpoena. I appreciate the efforts the Medical Board of California has made to date to comply with AUA's subpoena in the above referenced matter. However, I fail to see the burden to copy 20, or so, file boxes of hard copy documents when American University of Antigua is willing to pay a copying service to perform all of the required work. Further, the burden required to review these documents for privilege can be remedied with either a protective order agreement or "claw back" provision governing inadvertent production of privileged documents.

As I indicated in our telephone conversations, these documents are responsive to the subpoena and highly relevant to this litigation. Further, given the steps AUA is willing to take to eliminate the burden on the Medical Board of California to produce these documents, we feel the objection is without merit. Please contact me regarding the Medical Board of California's position in this regard.

Mr. Kurt Heppler
l    ch 30, 2010
Page 2


I look forward to hearing from you soon.

Sincerely,

SHULTS, BROWN & PERKINS, LLP

By
John P. Perkins, III

JPP:aes

cc:    Ms. Mara Faust (via regular mail)
       Mr. Leonard Sclafani (via regular mail)

# EXHIBIT T

 



STATE AND CONSUMER SERVICES AGENCY • ARNOLD SCHWARZENEGGER, Governor

Division of Legal Affairs
1625 N. Market Blvd., Suite S 309, Sacramento, CA, 95834
P (916) 574-8220  F (916) 574-8623



April 5, 2010

John Perkins, Esq.
Shults Brown & Perkins, LLP
200 West Capitol, Suite 1600
Little Rock, AR 72201

> **Re:** Update on Compliance with the Civil Subpoena Issued in the Matter of *American University of Antigua College of Medicine, et al. v. Arkansas State Medical Board, et. al;* In the United States District Court, E.D. Ark, Western Division, Case Number 4:09-CV-306 SWW; Reaffirmation of Objection

Dear Mr. Perkins:

This letter responds to your correspondence of March 30, 2010, regarding the production of requested documents pursuant to the above referenced subpoena. I apologize that the press of business prevented a more timely response but March 31, 2010 was a state holiday, and Friday, April 2, 2010 was a furlough day for state civil service employees. Pleased be advised that the three days a month furlough program is slated to continue until June 30, 2010.

By way of background, the above-referenced subpoena sought twenty years of documents from the Board. To date, the Board has dispatched records relating to policy agendas, meeting minutes and discussions, executive level correspondence, and the contents of the appropriate rulemaking files. All told, more than a thousand pages of responsive records have been provided to you.

As part of its search effort, the Board located approximately twenty boxes that may contain responsive records, and a picture of these boxes was dispatched to you, along with the Board's objections. It is these boxes and the contents thereof that are in dispute. By dispatch of this letter, the Board reaffirms its objection to the production of the documents and records contained in these boxes on the basis that the production places an unreasonable burden on the Board. Please be advised that 'clawback' arrangements for privileged documents do not provide sufficient protection to the Board. The use of a third-party to disassemble, reproduce, and reassemble the bound documents does not obviate the need for Board staff and counsel to review the contents of each box to ensure that non-responsive and privileged documents are not disclosed.

The Board regrettably infers from your letter that its offer to produce the non-privileged documents of two medical schools of your choosing has been rejected. There was some discussion that the production of a limited amount of documents would be insufficient to show

John Perkins, Esq.
April 5, 2010
Page 2 of 2

bia_ ɔr animus against schools located in the Caribbean. However, as to any claim that an
international medical school is treated differently by the Board in the recognition process
because of its geographical location or region, that claim must fail because each school's
application is evaluated against the standards set forth in section 1314.1 of title 16 of the
California Code of Regulations. An international medical school that has been operating for
decades and now seeks recognition from the Board would logically be able to offer a more
comprehensive set of operational, clinical and administrative data than a school recently
commencing operation. By analogy, an international medical school closely affiliated with a
longstanding and venerable educational institution would presumably have greater access to
libraries, buildings, and other important resources than a medical school standing alone and
providing instruction for the first time.

In summary, the Board continues to object to the production of the contents of the
boxes on the basis of unreasonable burden. We respectfully request that our offer be
reconsidered.

Please contact me if you have any questions.

Sincerely,

DOREATHEA JOHNSON
Deputy Director /Legal Affairs

By  KURT HEPPLER
Senior Staff Counsel

Cc:  Linda Whitney, Interim Executive Director, Medical Board of California
      Anita Scuri, Supervising Senior Counsel, Division of Legal Affairs
      Mara Faust, Deputy Attorney General, California Department of Justice