John P. Perkins, III
SHULTS, BROWN & PERKINS, LLP
200 W. Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201-3637
(501) 375-2301
Cal. Bar No. 262757

Steven Shults
SHULTS, BROWN & PERKINS, LLP
200 W. Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201-3637
(501) 375-2301

Leonard A. Sclafani
LEONARD A. SCLAFANI, P.C.
2 Wall Street – 5th Floor
New York, New York 10005
(212) 696-9880

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE; SHREEKANTH CHERUKU; ANJAN PATEL; AMBER MILWARD; and JUSTIN T. HARNEY       Plaintiffs, | AMENDED NOTICE OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45 |
|---|---|
| v.<br><br>THE MEDICAL BOARD OF CALIFORNIA       Defendant. | CASE NUMBER: 2:10-MC-0041 (FCD) (DAD) |

American University of Antigua College of Medicine ("AUA"), Shreekanth Cheruku, Anjan Patel, Amber Milward, and Justin T. Harney, plaintiffs in the underlying action, submit this amended notice of motion to schedule the hearing date of plaintiffs' motion to compel compliance with subpoena pursuant to Federal Rule of Civil Procedure 45, for Friday, July 30, 2010, at 10:00 a.m. in Courtroom No. 27.

AO 72
(Rev. 8/82)

1

DATED: June 1, 2010.

        Leonard A. Sclafani
        LEONARD A. SCLAFANI, P.C.
        2 Wall Street – 5th Floor
        New York, New York 10005
        (212) 696-9880

        SHULTS, BROWN & PERKINS, LLP
        200 West Capitol Avenue, Suite 1600
        Little Rock, AR 72201-3637
        (501) 375-2301

        By:  /s/ John Perkins
              John P. Perkins, III
              Cal. Bar No. 262757
              Ark. Bar No. 2005252

        Debra K. Brown
        Ark. Bar No. 80068

        Steven Shults
        Ark. Bar No. 78139

        *Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I certify that on June 1, 2010, I served by first class U.S. mail this Amended Notice of Motion to Compel Compliance with Subpoena Pursuant to Federal Rule of Civil Procedure 45 on the following counsel of record for the Medical Board of California:

    Mara Faust
    Deputy Attorney General
    1300 I Street, Suite 125
    Sacramento, California 94244-2550

Further, this Amended Notice of Motion to Compel Compliance with Subpoena Pursuant to Federal Rule of Civil Procedure 45 was served on the following counsel of record in the underlying litigation, *American University of Antigua College of Medicine, et al. v. Arkansas State Medical Board, et al.*, United States District Court - Eastern District of Arkansas, Case No. 4:09-CV-00306SW, by first class U.S. Mail:

Mark N. Ohrenberger
Arkansas Office of Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201-2610
Mark.ohrenberger@arkansasag.gov

By:   /s/ John Perkins
       John P. Perkins, III