

**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555
Telephone: (916) 324-5358
Facsimile: (916) 327-2247
E-Mail: Mara.Faust@doj.ca.gov

May 27, 2010

John Perkins, Esq.
Shults Law Firm, LLP
200 West Capitol Avenue, Suite 1600
Little Rock, AR 72201

RE:   *Amer. Univ. of Antigua College of Medicine et. al.*
      *vs. Arkansas State Medical Board, et al.*
      Case No. 4:09-CV-SWW

Dear Mr. Perkins:

Enclosed is the priviledge log for the priviledged documents removed from the first twenty-six boxes we allowed Mr. Scalfani to review and copy. The priviledge log is attached hereto and incorporated herein.

Unless otherwise specified herein, all named persons who are not attorneys or physicians and surgeons, are current or former employees of the Medical Board of California. The physicians and surgeons identified herein are consultants to the Medical Board, engaged to perform reviews of applications from medical schools seeking recognition from the Board. C.L. is an applicant whose name has been redacted to protect that individual's privacy.

If you have any further questions regarding the attached priviledge log, please do not hesitate to call me at (916) 324-5358.

Sincerely,

*Mara Faust*

MARA FAUST
Deputy Attorney General

For   EDMUND G. BROWN JR.
      Attorney General

MF:glm
cc:   Kurt Heppler, Senior Staff Counsel, Legal Affairs
      Linda Whitney, Executive Director, Medical Board of California

**EXHIBIT A**

# AUA PRIVILEGE LOG

*American University of Antigua College of Medicine, et al. v. Arkansas State*
Eastern District of Arkansas Case No. 4:09-CV-306 SWW

| Box No. | School | Basis for Privilege |
|---|---|---|
| 1 | Debrecen | **Deliberative Process**<br>• 12/28/04 memo from Pat Park to Harold Simon, M.D.<br>• 04/21/03 memo from Pat Park to Harold Simon, M.D.<br>• 06/14/03 e-mail from Pat Park to Ms. Banfit with consultant questionnaire (Szeged)<br>• 04/30/02 memo from Pat Park to Harold Simon, M.D. (Simmelweis) |
| 4 | Ross | **Attorney-Client & Deliberative Process**<br>• 02/07/90, 02/22/90, and 03/20/90 memos from Roxanne Jennings to Fredrich Milkie and Greg Gorges, J.D. regarding site visit info<br>• 05/14/90 memo from Teresa Ciau to Fredrich Milkie and Greg Gorges, J.D.<br><br>**Too Old**<br>• Ciudad Juarez materials from 1978-1988<br><br>**Attorney-Client & Deliberative Process**<br>• 09/16/05 e-mail from Alan Donato to Anita Scuri, J.D.<br>• 07/27/89 memo from Jana Tuton, J.D. to Teresa Ciau regarding draft disapproval language |
| 7 | Silesia | **Deliberative Process**<br>• June 2004 internal notes |

1

| Box No. | School | Basis for Privilege |
|---|---|---|
| 10 | Ross / St. George | **Deliberative Process**<br>• 05/90 hand written notes on Ross from Teresa Ciau at AUC<br>• 02/08/90 more notes from Teresa Ciau at AUC<br>• 05/30/90 edits to Ross' findings |
| 11 | AUC | **Too Old**<br>• 04/85 site visit report – AUC<br><br>**Attorney-Client**<br>• 09/01/98 e-mail from Anita Scuri, J.D. to Pat Park regarding advice<br>• 12/09/97 Attorney-Client e-mail from Anita Scuri and Pat Park<br>• 07/30/97 e-mail from Anita Scuri to Pat Park<br>• 11/18/97 e-mail from Anita Scuri to Pat Park<br>• 12/27/96 memo to Anita Scuri to Pat Park regarding AUC site visit<br>• E-mail from Pat Park to Anita Scuri regarding Public Records Act request<br><br>**Deliberative Process**<br>• 12/30 notes from Melinda Acosta on St. Maarten site visit<br>• 06/28/98 and 06/30/98 correspondence from expert, Dr. Dunnars regarding the site visit<br><br>**Non-Responsive**<br>• 01/16/98 flight itinerary<br>• 06/96 additional time worked by employee<br>• 03/02/98 e-mails and documents relating to travel advances<br>• Personnel action request<br>• 8/24/98 e-mail from Jill Johnson to Pat Park regarding travel claim refunds AUC trip<br>• 06/03/98 Melinda Acosta's notes on a training seminar<br>• 06/10/97 correspondence and whole folder regarding physician training programs<br>• New medical education program |

| Box No. | School | Basis for Privilege |
|---|---|---|
| | | - 04/17/03 and 04/18/03 e-mails from Pat Park to Carl Loeber<br>- 12/15/97 e-mail from Jill Johnson to Pat Park regarding hotel rates for St. Maarten visit<br>- 12/02/97 e-mail from Melinda Acosta to Pat Park regarding itinerary for St. Maarten visit<br>- 09/23/97 e-mail from Pat Park to Melinda Acosta regarding itinerary for St. Maarten visit<br>- 9/14/97 notes<br>- 5/96 additional time worked for employee<br>- 12/20/96 – 05/02/97 correspondence from Pat Park to Gene Livingston re Public Records Act requests for meeting audio tapes<br>- 04/15/97 Gene Livingston to Neil Fippen<br>- 11/12/97 Gene Livingston to Neil Fippen<br>- 11/06/96 Gene Livingston to Neil Fippen<br>- Memo from Pat Park and Jimmy regarding copying tapes of Board meetings.<br><br>**Deliberative Process**<br>- 08/28/98 e-mail from Pat Park to Melinda Acosta<br>- 02/22/98 to do list for site visit<br>- 12/97 notes, e-mails on trip planning and request for out-of-state travel for site visit<br>- 12/02/97 Melinda Acosta to Pat Park regarding St. Maarten trip and airfares<br>- 11/97 notes relating to site visit AUC<br>- 09/05/97 e-mail from Melinda Acosta to Pat Park<br>- 07/29/97 e-mail from Neil Fippen to Pat Park<br>- 07/30/97 e-mail from Lisa Knapp to Pat Park<br>- 05/06 98 draft letter to Yife Tien from Melinda Acosta<br>- 07/16/98 letter from Harold Simon, M.D. to Melinda Acosta regarding school inspection<br>- 05/22/96 memo from Pat Park to Melinda Acosta<br>- 06/04/97 memo from Pat Park to Melinda Acosta<br>- 12/20/89 notes from Melinda Acosta and her to do list<br><br>**Non-Responsive & Deliberative Process**<br>- 07/05/98 letter from C. Philip Larson, M.D. to Melinda Acosta regarding the Phillipines site visit with Melinda Acosta's notes on top regarding scheduling of such visit |

3

| Box No. | School | Basis for Privilege |
|---|---|---|
| 12 | AUC / St. Maarten | 01/29/98 memo from Pat Park to BSO regarding request to copy tapes Handwritten note on phone message of 6/12/97 |
| 13 | UTESA | **Deliberative Process**<br>• 12/15/04 draft report from site team to Division of Licensing<br>• 12/16/04 draft letter from Joyce Hadnot to Jerry Thornton |
| 18 | St. George | **Deliberative Process**<br>• 04/18/96 memo from Melinda Acosta to Eric regarding site visit<br>• 11/07/94 memo from Theodis Ross to Melinda regarding staff review of questionnaire |
| 22 | Lublin | **Deliberative Process**<br>• 03/15/90 notes from Teresa Ciau to Ken Wagstaff regarding Ross |
| 24 | ELAM | **Deliberative Process**<br>• 07/02/04 memo from Pat Park to Martin Pope, M.D. – consultant on Silesia<br>**Non-Responsive**<br>• CV of Mahendra Patel, B.S.<br>**Attorney-Client & Deliberative Process**<br>• 12/27/07, 01/28/08, and 02/15/08 notes from Anita Scuri, J.D. about her edits to consultant questionnaire<br>• 02/06/08 Gary Qualset to Anita Scuri, J.D. draft of a proposed deficiency letters<br>**Non-Responsive**<br>• 03/10/08 DHL document training |

4

| Box No. | School | Basis for Privilege |
|---|---|---|
| 25 | St. George / Lublin | **Privacy Issues**<br>• 02/25/08 C. L. applicant information<br><br>**Deliberative Process**<br>• 04/10/08 Stacie Berumon to Harold Simon, M.D. regarding review of Lublin<br>• 05/27/08 Dr. Simon to Kathy Burns – questionnaire regarding review (Lublin)<br>• 02/05/09 Pat Park to Jim Nuovo, M.D. regarding St. George review |