John P. Perkins, III
SHULTS, BROWN & PERKINS, LLP
200 W. Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201-3637
(501) 375-2301
Cal. Bar No. 262757

Steven Shults
SHULTS, BROWN & PERKINS, LLP
200 W. Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201-3637
(501) 375-2301

Leonard A. Sclafani
LEONARD A. SCLAFANI, P.C.
2 Wall Street – 5th Floor
New York, New York 10005
(212) 696-9880

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE; SHREEKANTH CHERUKU; ANJAN PATEL; AMBER MILWARD; and JUSTIN T. HARNEY      Plaintiffs, | **SECOND AMENDED NOTICE OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45** |
|---|---|
| v.<br><br>THE MEDICAL BOARD OF CALIFORNIA      Defendant. | CASE NUMBER: 2:10-MC-0041 (FCD) (DAD) |

American University of Antigua College of Medicine ("AUA"), Shreekanth Cheruku, Anjan Patel, Amber Milward, and Justin T. Harney, plaintiffs in the underlying action, submit this second amended notice of motion to schedule the hearing date of plaintiffs' amended motion to compel compliance with subpoena pursuant to Federal Rule of Civil Procedure 45, for Friday, July 30, 2010, at 10:00 a.m. in Courtroom No. 27.

1

DATED: June 17, 2010.

                Leonard A. Sclafani
                LEONARD A. SCLAFANI, P.C.
                2 Wall Street – 5th Floor
                New York, New York 10005
                (212) 696-9880

                SHULTS, BROWN & PERKINS, LLP
                200 West Capitol Avenue, Suite 1600
                Little Rock, AR 72201-3637
                (501) 375-2301

                By:   /s/ John Perkins
                        John P. Perkins, III
                        Cal. Bar No. 262757
                        Ark. Bar No. 2005252

                        Debra K. Brown
                        Ark. Bar No. 80068

                        Steven Shults
                        Ark. Bar No. 78139

                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I certify that on June 17, 2010, I directed a process service company to serve by personal service this Second Amended Notice of Motion to Compel Compliance with Subpoena Pursuant to Federal Rule of Civil Procedure 45 on the following:

      Linda Whitney
      Interim Executive Director
      The Medical Board of California
      2005 Evergreen Street, Suite 1200
      Sacramento, CA 95815

      Further, this Second Amended Notice of Motion to Compel Compliance with Subpoena Pursuant to Federal Rule of Civil Procedure 45 was served on the following counsel of record in the underlying litigation, *American University of Antigua College of Medicine, et al. v. Arkansas State Medical Board, et al.*, United States District Court - Eastern District of Arkansas, Case No. 4:09-CV-00306SW, by first class U.S. Mail:

```
 1   Mark N. Ohrenberger
     Arkansas Office of Attorney General
 2   323 Center Street, Suite 200
     Little Rock, Arkansas 72201-2610
 3   Mark.ohrenberger@arkansasag.gov
 4
 5                                          By:   /s/ John Perkins
                                                  John P. Perkins, III
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```