IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMERICAN UNIVERSITY
OF ANTIGUA COLLEGE OF
MEDICINE, et al.,

    Plaintiffs,                      No. MISC S-10-0041 FCD DAD

    v.

THE MEDICAL BOARD OF
CALIFORNIA,

    Defendant.                    ORDER

/

        This case came before the court on July 30, 2010, for hearing on plaintiffs' amended motion to compel compliance with subpoena. Attorneys John P. Perkins and Leonard A. Sclafani appeared for plaintiffs. Attorney Mara L. Faust appeared for defendant.

        Upon consideration of the parties' Joint Statement re Discovery Disagreement and their arguments in open court, and for the reasons stated on the record at the hearing, plaintiff's June 17, 2010 motion to compel (Doc. No. 4) is denied.

        IT IS SO ORDERED.

DATED: July 30, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/americanuniversity0041.oah.073010