**FILED**

JUL 30 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  GAIL M. HEPPELL, State Bar No. 84134
   Supervising Deputy Attorney General
3  MARA FAUST, State Bar No. 111729
   Deputy Attorney General
4     1300 I Street, Suite 125
   P.O. Box 944255
5  Sacramento, CA 94244-2550
   Telephone: (916) 324-5358
6  Fax: (916) 327-2247
   E-mail: Mara.Faust@doj.ca.gov
7  *Attorneys for Respondent*
   *Medical Board of California*

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13  **AMERICAN UNIVERSITY OF ANTIGUA**          2:10-MC-00041-FCD-DAD
    **COLLEGE OF MEDICINE, et al.,**
14                                               **DECLARATION OF**
                                    Petitioners, **LINDA K. WHITNEY**
15
                    v.
16

17  **ARKANSAS STATE MEDICAL BOARD,**

18                                   Respondent.

19

20

21

22

23

24

25

26

27

28

                                           Dec. of Linda K. Whitney (2:10-MC-00041-FCD-DAD )

1

2

3    I, Linda Whitney, have personal knowledge of the facts specified herein, and, if called, could

4    competently testify to the following:

5    1) I am employed by the Medical Board of California (Board) as its Executive Director. I have

6    held this position since April 2010. As the Executive Director, I am responsible for the day-to-day

7    operations of the Board. I am aware that the American University of Antigua has sued the Arkansas

8    State Medical Board and has subpoenaed the Board for records and documents as part of the

9    discovery process in that litigation.

10    2) The Board is the state agency with the responsibility of issuing physician's and surgeon's

11    certificates, also known as medical licenses, to duly qualified applicants. The Board is also

      responsible for recognizing international medical schools that meet or exceed its regulatory

12    standards for recognition. Approximately twenty-five percent of the Board's licensees attended a

13    medical school located in a country other than the United States or Canada. An applicant must have

14    graduated from a recognized medical school to be eligible for a California physician's and surgeon's

15    certificate.

16    3) The Board's regulations identify two types of international medical schools: 1) Those

17    schools that are owned and operated by the government where the school is located or by a non-

18    profit institution approved by the country in which the school is domiciled and are operated for the

19    primary purpose of teaching its own citizens to practice medicine within the country, and 2) Those

20    schools that are chartered by the jurisdiction in which the schools are domiciled but are operated for

21    the primary purpose of teaching non-citizens to practice medicine in other countries .

22    4) To be recognized by the Board, the latter set of schools, known as "(a)(2)" schools, must

23    submit a significant amount of specific information to the Board regarding the course of professional

24    instruction offered by the school. To evaluate the information submitted, the Board employs, on an

25    *ad hoc* basis, medical consultants who are California licensed physicians and surgeons with expertise

26    in the area of graduate medical education. Through an iterative process with Board staff, the medical

27    consultant prepares findings and provides those findings to the Board for its consideration. The

28

DECLARATION OF LINDA WHITNEY

1   medical consultant may also recommend that a school site visit is necessary to validate the

2   information submitted. If a site visit is conducted, a site report would be prepared and given to the

3   Board for consideration. The process to recognize an (a)(2) school requires the allocation of

4   substantial Board resources and cannot be considered routine.

5       5) The Board has kept records relating to the application of international schools for recognition.

6   Some of these retained records evidence the Board's (and its consultants') thoughts,

7   recommendations, opinions and advice leading up to a decision whether or not to recognize an (a)(2)

8   school.

9       6) I have reviewed the privileged logs prepared by Board counsel and the Office of the Attorney

10   General and, as the Executive Director of the Board, I hereby assert the deliberative process

11   privilege for every document specified in those logs except for the document identified as a letter

12   from the Board to the Livingston and Mattesich law firm, as this document was inadvertently

13   classified as a deliberative process privileged document. That document has been dispatched to the

14   subpoenaing party.

15       The production of these records would inhibit frank and candid communications between the

16   Board's staff and its medical consultants and may very well dissuade qualified consultants from

17   assisting the Board in its efforts to recognize international medical schools. Additionally, a school

18   seeking recognition from the Board may game the recognition process if it knows (or can learn) the

19   analytical methods used by the Board's consultants.

20       I declare under penalty of perjury under the laws of the state of California that the foregoing

21   is true and correct.

22       Executed on this  28  day of July, 2010, at Sacramento, California.

23

24

25                                    LINDA WHITNEY

26

27

28

DECLARATION OF LINDA WHITNEY